IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| THE MASHANTUCKET PEQUOT TRIBE ) | |
| ) | |
| Plaintiff ) | CIVIL ACTION NO. |
| v. ) | 3:02 CV 1828 (JCH) |
| ) | |
| RAYMOND REDICAN, JR. ) | |
| ) | |
| Defendant ) | |

## STIPULATED SCHEDULING ORDER

Counsel for the parties have conferred on further proceedings to prepare for trial and request entry of the following schedule:

| | | |
|---|---|---|
| Expert Reports Due | - | November 1, 2004 |
| Expert Depositions Close | - | December 31, 2004 |
| Discovery Closes | - | December 31, 2004 |
| Dispositive Motions | - | January 31, 2005 |
| Joint Pretrial Memorandum | - | March 31, 2005 or 30 days after decision On any dispositive motion |

THE MASHANTUCKET PEQUOT TRIBE

9/22/04
Date

By _____
Peter L. Costas
ct04260
PEPE & HAZARD LLP
225 Asylum Street
Hartford, Connecticut 06103
(860) 241-2630

PLC/28411/653/694842v1
09/22/04-HRT/

1

RAYMOND REDICAN, JR.

_Sept. 27, 2004_
Date

By _/s/ Stephen P. McNamara_
Stephen P. McNamara
ST. ONGE STEWARD JOHNSTON
& REENS LLC
986 Bedford Street
Stamford, Connecticut 06905
(203) 324-6155

2

PLC/28411/653/694842v1
09/22/04-HRT/