FILED

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

2005 FEB -2 P 12: 03

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | | |
|---|---|---|
| THE MASHANTUCKET PEQUOT TRIBE | ) | |
| | ) | CIVIL ACTION NO. |
| Plaintiff | ) | 3:02 CV 1828 (JCH) |
| | ) | |
| v. | ) | |
| | ) | |
| RAYMOND REDICAN, JR. | ) | |
| | ) | FEBRUARY 1, 2005 |
| Defendant | ) | |

## PLAINTIFF'S MOTION TO STRIKE JURY DEMAND

Plaintiff, The Mashantucket Pequot Tribe (hereinafter "MAPT") respectfully moves to

strike the jury demand mailed by Defendant Raymond Redican, Jr., (hereinafter "Redican") on

July 3, 2003 as not having been timely filed pursuant to the provisions of Rule 38 of the

Federal Rules of Civil Procedure.

Redican's original answer to the complaint was filed on January 2, 2003 as a series of

admissions and denials with respect to the paragraphs of the Complaint.

Redican's document entitled "Answer: Amended Response To Complaint" was filed on

January 24, 2003 which basically articulated what he considered to be defenses to the

Complaint.

On July 1, 2003, Redican's *pro se* counsel, Stephen P. McNamara, filed Defendant's

First Amended Answer and Affirmative Defenses in which the admissions and denials were

made of the Complaint and a series of one line special defenses were asserted.

On July 7, 2003, Redican's counsel filed a Jury Demand.

1

Copies of the several answers are attached as Exhibit A1-A3, and the Jury Demand as Exhibit B.

Redican did not assert any counterclaims and MAPT did not file any amended complaint. Thus, the only pleadings were the Complaint and the several versions of Redican's answer. Redican did not request leave of court to file the second and third answers.

Rule 38(b) of the Federal Rules of Civil Procedure requires that the jury demand be filed not later than ten (10) days after the service of the last pleading, and Rule 38(d) provides that the failure of a party to serve and file a demand as required by this rule constitutes a waiver by the party of trial by jury.

In accordance with the rule, Redican's jury demand should have been filed within ten (10) days after the filing of his Answer: Unamended Response To Complaint filed on January 2, 2003, i.e., by January 16, 2003.

In support of this Motion, MAPT submits its Memorandum of Law.

Accordingly, Redican's Jury Demand was not timely filed and it should be stricken.

THE MASHANTUCKET PEQUOT TRIBE

By_____
Peter L. Costas
ct04260
PEPE & HAZARD LLP
225 Asylum Street
Hartford, Connecticut 06103
(860) 241-2630

## CERTIFICATE OF SERVICE

This is to certify that the foregoing document was served by E-Mail, and by first class mail, postage prepaid, upon Stephen P. McNamara, St. Onge Steward Johnston & Reens LLC, 986 Bedford Street, Stamford, Connecticut 06905.

Date:  February 1, 2005

Peter L. Costas

3