UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE MASHANTUCKET PEQUOT TRIBE | ) | |
| | ) | CIVIL ACTION NO. |
| Plaintiff | ) | 3:02 CV 1828 (JCH) |
| | ) | |
| v. | ) | |
| | ) | |
| RAYMOND REDICAN, JR. d/b/a | ) | February 25, 2005 |
| CBNO FOXWOOD.COM (CIS) | ) | |
| Defendant | ) | |

**DEFENDANT'S FIRST REQUEST FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION TO STRIKE JURY DEMAND**

Defendant, RAYMOND REDICAN, JR. D/B/A CBNO FOXWOOD.COM (CIS) (hereinafter referred to as "Redican"), respectfully moves this Court for a five (5) day extension of time, to March 2, 2005, to file his opposition to Plaintiff's Motion To Strike Jury Demand. This request is submitted to permit time for review by the Defendant of the already drafted response to Plaintiff's motion.

This is the first such request for an extension of time.

The undersigned has communicated with offices of Plaintiff's counsel, Peter L. Costas of Pepe & Hazard, LLP, and Plaintiff does not object to this request.

Respectfully submitted,

Date: Feb. 25, 2005

_____
Stephen P. McNamara, ct01220
ST.ONGE STEWARD JOHNSTON & REENS
986 Bedford Street
Stamford, Connecticut 06905
Telephone: (203) 324-6155
Facsimile: (203) 327-1096
Email: spm@ssjr.com
ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing **DEFENDANT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION TO STRIKE JURY DEMAND** is being served this 25th day of February, 2005 via first class mail delivery to:

Peter L. Costas
PEPE & HAZARD LLP
225 Asylum Street
Hartford, Connecticut 06103
(860)241-2630

Feb. 25, 2004
Date