UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE MASHANTUCKET PEQUOT TRIBE | ) | |
| | ) | CIVIL ACTION NO. |
| Plaintiff | ) | 3:02 CV 1828 (JCH) |
| | ) | |
| v. | ) | |
| | ) | |
| RAYMOND REDICAN, JR. d/b/a | ) | March 2, 2005 |
| CBNO FOXWOOD.COM (CIS) | ) | |
| Defendant | ) | |

## DEFENDANT'S MOTION TO FOR AN EXTENTION OF TIME TO FILE A JURY DEMAND

Defendant, Raymond Redican, Jr. d/b/a CBNO FOXWOOD.COM (CIS), hereby moves this Court for an Order granting Defendant's Motion For an Extention of Time to File a Jury Demand pursuant to F.R.C.P. 6(b)(2)., thereby enabling Defendant to file a jury demand pursuant to F.R.C.P. 38(b).

Submitted herewith is Defendant's Memorandum of Law in Support of its Motion for Extension of Time for Jury Demand, Motion for Jury Trial and Opposition to Plaintiff's Motion to Strike Jury Demand.

Respectfully submitted,

March 1, 2005
Date

Stephen P. McNamara (ct01220)
St. Onge Steward Johnston & Reens LLC
986 Bedford Street
Stamford, Connecticut 06905-5619
Telephone: (203) 324-6155
Facsimile: (203) 327-1096
Pro Bono Attorney for Defendant

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing:

DEFENDANT'S MOTION TO FOR AN EXTENTION OF TIME TO FILE A JURY DEMAND

is being served on all counsel of record, on this date, by first class mail, postage prepaid, by depositing the same with the United States Postal Service in envelopes addressed to:

Peter L. Costas
Pepe & Hazard LLP
225 Asylum Street
Hartford, Connecticut 06130

March 1, 2005
Date

Stephen P. McNamara