UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE MASHANTUCKET PEQUOT TRIBE | ) | |
| | ) | CIVIL ACTION NO. |
| Plaintiff | ) | 3:02 CV 1828 (JCH) |
| | ) | |
| v. | ) | |
| | ) | |
| RAYMOND REDICAN, JR. | ) | |
| | ) | MARCH 24, 2005 |
| Defendant | ) | |

### JOINT MOTION TO ADJOURN DATE
### FOR FILING JOINT PRETRIAL MEMORANDUM

Counsel for the parties respectfully request that the date for filing the Joint Pretrial Memorandum be extended until April 30, 2005, since the Court has not yet ruled on motions relating to whether this matter will be tried to the Court or to a jury.

Counsel for Defendant has authorized the undersigned counsel to represent to the Court that he joins in this motion.

THE MASHANTUCKET PEQUOT TRIBE

By _____
Peter L. Costas
ct04260
PEPE & HAZARD LLP
225 Asylum Street
Hartford, Connecticut 06103
(860) 241-2630

## CERTIFICATE OF SERVICE

This is to certify that the foregoing document was served by E-Mail and by first class mail, postage prepaid, upon Stephen P. McNamara, St. Onge Steward Johnston & Reens LLC, 986 Bedford Street, Stamford, Connecticut 06905.

Date: March 24, 2005

_____
Peter L. Costas