UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| THE MASHANTUCKET PEQUOT TRIBE )<br>　　　　　　　　　　　　　　　　　)<br>　　　　　　　Plaintiff　　　　　　　　)<br>　　　　　　　　　　　　　　　　　)<br>v.　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　)<br>RAYMOND REDICAN, JR. d/b/a　　)<br>CBNO FOXWOOD.COM (CIS)　　　)<br>　　　　　　　Defendant　　　　　　)| CIVIL ACTION NO.<br>3:02 CV 1828 (JCH)<br><br><br><br>April 12, 2005 |

### REQUEST FOR CONTINUANCE OF CIVIL CALL OF THE CALENDAR

The undersigned, *pro bono* counsel for Defendant, Raymond Redican, Jr. hereby requests a continuance of the scheduled April 18, 2005 Calendar Call which was issued April 8, 2005. The undersigned attorney has a long planned family vacation to Florida for the week of April 18, 2005 for which tickets are already purchased. The undersigned counsel is acting in a *pro bono* capacity there is no other attorney in counsel's office who is familiar with the matter. It is requested that the calendar date be rescheduled to April 25, 2005 or thereafter. The undersigned attorney has inquired of opposing counsel and opposing counsel does not object to this request.

　　　　　　　　　　　　　　　Respectfully submitted,

April 12 2005
Date

　　　　　　　　　　　　　　　Stephen P. McNamara (ct01220)
　　　　　　　　　　　　　　　St. Onge Steward Johnston & Reens LLC
　　　　　　　　　　　　　　　986 Bedford Street
　　　　　　　　　　　　　　　Stamford, Connecticut 06905-5619
　　　　　　　　　　　　　　　Telephone: (203) 324-6155
　　　　　　　　　　　　　　　Facsimile: (203) 327-1096
　　　　　　　　　　　　　　　*Pro Bono* Attorney for Defendant

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing:

**REQUEST FOR CONTINUANCE OF CIVIL CALL OF THE CALENDAR**

is being served on all counsel of record, on this date, by first class mail, postage prepaid, by depositing the same with the United States Postal Service in envelopes addressed to:

Peter L. Costas
Pepe & Hazard LLP
225 Asylum Street
Hartford, Connecticut 06130

April 12 2005
Date

Stephen P. McNamara