UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE MASHANTUCKET PEQUOT TRIBE | ) | |
| | ) | CIVIL ACTION NO. |
| Plaintiff | ) | 3:02 CV 1828 (JCH) |
| | ) | |
| v. | ) | |
| | ) | |
| RAYMOND REDICAN, JR. | ) | |
| | ) | April 26, 2005 |
| Defendant | ) | |

**JOINT MOTION TO ADJOURN DATE
FOR FILING JOINT PRETRIAL MEMORANDUM**

Counsel for the parties respectfully request that the date for filing the Joint Pretrial Memorandum be extended until May 31, 2005, since the Court has not yet ruled on motions relating to whether this matter will be tried to the Court or to a jury.

Counsel for Plaintiff has authorized the undersigned counsel to represent to the Court that he joins in this motion.

Respectfully submitted,

April 25, 2005
Date

Stephen P. McNamara (ct01220)
St. Onge Steward Johnston & Reens LLC
986 Bedford Street
Stamford, Connecticut 06905-5619
Telephone: (203) 324-6155
Facsimile: (203) 327-1096
Pro Bono Attorney for Defendant

1

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing:

**JOINT MOTION TO ADJOURN DATE
FOR FILING JOINT PRETRIAL MEMORANDUM**

is being served on all counsel of record, on this date, by first class mail, postage prepaid, by depositing the same with the United States Postal Service in envelopes addressed to:

Peter L. Costas
Pepe & Hazard LLP
225 Asylum Street
Hartford, Connecticut 06130

April 25, 2005
Date

Stephen P. McNamara

2