IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE MASHANTUCKET PEQUOT TRIBE | ) | |
| | ) | |
| Plaintiff | ) | CIVIL ACTION NO. |
| v. | ) | 3:02 CV 1828 (JCH) |
| | ) | |
| RAYMOND REDICAN, JR. | ) | |
| | ) | May 12, 2005 |
| Defendant | ) | |

## REQUEST FOR SETTLEMENT CONFERENCE

Confirming our telephone conference with Chambers this morning, counsel for the parties jointly request a settlement conference in the captioned action at the earliest available time. The case is currently on the jury calendar for August 29, 2005.

THE MASHANTUCKET PEQUOT TRIBE

By /s/ Peter L. Costas
Peter L. Costas
ct04260
PEPE & HAZARD LLP
225 Asylum Street
Hartford, Connecticut 06103
(860) 241-2630

1

## CERTIFICATE OF SERVICE

This is to certify that the foregoing document was served by E-Mail and by first class mail, postage prepaid, upon Stephen P. McNamara, St. Onge Steward Johnston & Reens LLC, 986 Bedford Street, Stamford, Connecticut 06905.

Date: May 12, 2005

Peter L. Costas