UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| THE MASHANTUCKET PEQUOT TRIBE,<br>    Plaintiff,<br><br>v.<br><br>RAYMOND REDICAN, JR. d/b/a<br>CBNO FOXWOOD.COM (CIS),<br>    Defendant. | CIVIL ACTION NO.<br>3:02-cv-1828 (JCH)<br><br><br><br><br>MAY 12, 2005 |

**REFERRAL TO MAGISTRATE JUDGE**

This case is referred to Magistrate Judge Holly B. Fitzsimmons for the following purpose:

_____ All purposes

\_\_\_\_ A ruling on all pretrial motions except dispositive motions

\_\_\_\_ To supervise discovery and resolve discovery disputes

_____ A ruling on the following motion(s) which are currently pending:

\_\_\_√\_\_\_ A settlement conference.  **The pursuit of settlement negotiations, and a referral to a magistrate judge for purposes of a settlement conference, does not relieve the parties of their obligation to adhere to scheduling deadlines absent a court order to that effect.**

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 12th day of May, 2005.


                                /s/ Janet C. Hall
                                Janet C. Hall
                                United States District Judge