IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE MASHANTUCKET PEQUOT TRIBE | ) | |
| | ) | |
| Plaintiff | ) | CIVIL ACTION NO. |
| v. | ) | 3:02 CV 1828 (JCH) |
| | ) | |
| RAYMOND REDICAN, JR. | ) | June 9, 2005 |
| | ) | |
| Defendant | ) | |

## JOINT MOTION TO ADJOURN DATES IN FINAL PRETRIAL ORDER

Counsel for the parties respectfully move this court for an order adjourning the dates set forth in the Final Pretrial Order for a period of thirty (30) days for the reasons set forth hereinafter.

Since counsel for the parties believe that the matter could be resolved by agreement with the assistance of the Court, they requested a referral to the Magistrate Judge for settlement purposes. Magistrate Judge Holly Fitzsimmons originally scheduled the conference for June 13, 2005 but subsequently reset the date of the conference to June 27, 2005.

Under the terms of the Final Pretrial Order dated May 3, 2005, the Final Pretrial Memorandum is required to be submitted on June 20, 2005 or prior to the date of the settlement conference with Magistrate Judge Fitzsimmons. Since one of the factors which may encourage the parties to enter into a settlement is the amount of time and effort required to comply with the requirements of the Final Pretrial Memorandum and ancillary activities.

1

Accordingly, it is respectfully requested that the dates in the Final Pretrial Order dated May 3, 2005 be adjourned for a period of thirty (30) days.

THE MASHANTUCKET PEQUOT TRIBE

_June 9, 2005_
Date

By _/s/ Peter L. Costas_
Peter L. Costas
ct04260
PEPE & HAZARD LLP
225 Asylum Street
Hartford, Connecticut 06103
(860) 241-2630

RAYMOND REDICAN, JR.

_June 9, 2005_
Date

By _/s/ Stephen P. McNamara_
Stephen P. McNamara
ct01220
ST. ONGE STEWARD JOHNSTON
  & REENS LLC
986 Bedford Street
Stamford, Connecticut 06905
(203) 324-6155