UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED
2005 JUL 27 P 4: 53

U.S. DISTRICT COURT

| | | |
|---|---|---|
| THE MASHANTUCKET PEQUOT TRIBE | ) | |
| | ) | CIVIL ACTION NO. |
| Plaintiff | ) | 3:02 CV 1828 (JCH) |
| | ) | |
| v. | ) | |
| | ) | |
| RAYMOND REDICAN, JR. | ) | July 26, 2005 |
| | ) | |
| Defendant | ) | |

## TRIAL EXHIBIT LIST FOR PLAINTIFF
## THE MASHANTUCKET PEQUOT TRIBE

Attached hereto is a listing of the exhibits which Plaintiff presently intends to identify and mark the exhibits during its presentation.

Plaintiff does not intend to offer portions of the transcript of the deposition of Defendant. However, Plaintiff may have occasion to utilize the transcript for impeachment purposes depending upon the testimony of Raymond R. Redican, Jr., at trial.

THE MASHANTUCKET PEQUOT TRIBE

By _____
Peter L. Costas
ct04260
PEPE & HAZARD LLP
225 Asylum Street
Hartford, Connecticut 06103
(860) 241-2630

1.

## CERTIFICATE OF SERVICE

This is to certify that the foregoing document was served by E-Mail and by first class mail, postage prepaid, upon Stephen P. McNamara, St. Onge Steward Johnston & Reens LLC, 986 Bedford Street, Stamford, Connecticut 06905.

Date: July 26, 2005

_____
Peter L. Costas

Key to objections
801 - F.R.E. Rule 801 - Hearsay
901 - F.R.E. Rule 901 - Authentication

PLAINTIFF'S TRIAL EXHIBITS

The Mashantucket Pequot Tribe v. Raymond Redican, Jr. et al
3:02CV1828 (JCH)

| Exhibit No. | Description | Objection |
|---|---|---|
| 1 | FOXWOODS Trademark Registration No. 1,961,723 | |
| 2 | FOXWOODS & DESIGN Trademark Registration No. 2,016,903 | |
| 3 | FOXWOODS & DESIGN Trademark Registration No. 2,174,127 | 901 - Cancelled 4-23-05 |
| 4 | FOXWOODS & DESIGN Trademark Registration No. 1,933,316 | 901 - Cancelled 8-10-02 |
| 5 | FOXWOODS & DESIGN Trademark Registration No. 1,935,673 | |
| 6 | FOXWOODS Trademark Registration No. 2,174,126 | |
| 7 | FOXWOODS Trademark Registration No. 1,933,319 | |
| 8 | FOXWOODS Trademark Registration No. 1,933,313 | |
| 9 | Foxwoods Resort Casino Domain Name Registration of FOXWOODS.COM | |
| 10 | Foxwoods Resort Casino Domain Name Registration of FOXWOODSCASINO.COM | |
| 11 | Website Ad for Mashantucket Pequot Museum | |
| 12 | Website Ad for Foxwoods Resort Casino/Mashantucket Pequot Tribe | |
| 13 | Website Ad for Foxwoods Resort Casino | |
| 14 | Website Ad for Schemitzun '97 About The Tribe | |
| 15 | Website Ad for Foxwoods Resort Casino | |
| 16 | Website Ad for Connecticut/Rhode Island Casinos | |
| 17 | Declaration of Raymond Redican, Jr. In Support of Defendant's Motion to Dismiss for Lack of Personal Jurisdiction | |
| 18 | Website Cover Story Mashantucket Pequots | |
| 19 | Website Mashantucket Pequot Tribal Nation: Building for the Future | |
| 20 | Website Foxwoods.com | |
| 21 | Website Foxwoodscasino.com Home Page | |
| 22 | Raymond Redican's Trademark Application for FOXWOOD.COM | |
| 23 | Raymond Redican's Domain Name Registration of FOXWOOD.COM | |
| 24 | Raymond Redican's Domain Name Registration of FOXWOOD.ORG | |
| 25 | Raymond Redican's Domain Name Registration of FOXWOODS.NET | |

| # | Description | Notes |
|---|---|---|
| 26 | Raymond Redican's Name Change Agreement (Network Solutions) | |
| 27 | WhoIs Query Results for Ray Redican, Jr./CIS | |
| 28 | WhoIs Query Results for Ray Redican, Jr. | |
| 29 | WhoIs Query Results for CIS | |
| 30 | WhoIs Query Results for Ray Redican, Jr./CIS | |
| 31 | WhoIs Query Results for Commonwealth Internet Services | |
| 32 | Website for FOXWOOD.COM | |
| 33 | Website Disclaimer for CBNO FOXWOOD.COM (CIS) | |
| 34 | Website CBNO FOXWOOD.COM (CIS) Strategic Alliance Programs and Privacy Policy | |
| 35 | CBNO FOXWOOD.COM/FOXWOOD.ORG TERMS AND CONDITIONS | |
| 36 | Website CBNO FOXWOOD.COM Subscription Service | |
| 37 | Website FOXWOODS.ORG Welcome Site | |
| 38 | VeriSign WhoIs Search Results for Domain Name FOXWOODS.ORG | |
| 39 | VeriSign WhoIs Search Results for Domain Name FOXWOODS.NET | |
| 40 | Hyperlinks of FOXWOOD.COM – 6/4/2002 | |
| 41 | Hyperlink Welcome to Foxwood – 6/4/2002 | |
| 42 | Hyperlink Golden Tiger Casino – 6/4/2002 | 901, 801 |
| 43 | Hyperlink Strike It Lucky Casino – 6/4/2002 | 901, 801 |
| 44 | Hyperlink Affiliate Casino Rewards – 6/4/2002 | 901, 801 |
| 45 | Hyperlink Casino Journal Magazine Subscription 6/4/2002 | 901, 801 |
| 46 | Hyperlink Blackjack Ballroom – 6/4/2002 | 901, 801 |
| 47 | Hyperlink Advertising Foxwood.com/Blackjack Ballroom – 12/4/2001 | 901, 801 |
| 48 | Hyperlink Casino Rewards.com – 12/4/2001 | 901, 801 |
| 49 | Hyperlink Black Jack Ballroom – 12/4/2001 | 901, 801 |
| 50 | Hyperlink Golden Tiger Casino – 12/4/2001 | 901, 801 |
| 51 | Hyperlink Strike It Lucky Casino.com – 12/4/2001 | 901, 801 |
| 52 | Hyperlink Blackjackballroom.com/Strikeitlucky Casino – 12/4/2001 | 901, 801 |
| 53 | Hyperlink Advertising CBNO FOXWOOD.COM (CIS) – 12/30/2002 | |
| 54 | CBNO FOXWOOD.COM/FOXWOOD.ORG – 12/30/2002 | |
| 55 | Letter from Ray Redican, Jr., to Wade Blackmon and Peter Costas dated September 7, 2001 regarding Response to Correspondence | |

| | | |
|---|---|---|
| 56 | Letter from Peter Costas to Raymond Redican dated September 6, 2001 regarding FOXWOOD.COM domain name | |
| 57 | E-Mail communication from Tina Tobey (Foxwoods) to Raymond Redican dated August 21, 2001 regarding Failure to Reply to Previous Correspondence (See Ex. 117) (Duplicate) | |
| 58 | Letter from Wade Blackmon to Ray Redican, Jr. dated August 10, 2001 regarding Domain Name Registrations of FOXWOOD.COM and FOXWOOD.ORG | |
| 59 | Letter from Ray Redican to Foxwood Casino dated May 1, 2001 regarding sale of domain names | |
| 60 | Letter from Stephen Quigley to Ray Redican dated November 10, 1997 regarding cease and desist of domain names | |
| 61 | Fax Transmittal from Wade Blackmon to Peter Costas dated August 22, 2001 regarding various e-mail correspondence regarding FOXWOOD.COM and FOXWOOD.ORG to Redican | 801 |
| 62 | E-Mail communication from Tina Tobey (Foxwoods) to Raymond Redican dated August 21, 2001 regarding Failure to Reply to Previous Correspondence | 901; 801 |
| 63 | E-Mail communication from Ray Redican to Tina Tobey dated August 10, 2001 regarding responses to previous correspondence | 901; 801 |
| 64 | E-Mail communication from Susan Bookataub to Ray Redican dated August 10, 2001 regarding FOXWOOD.COM and FOXWOOD.ORG | 901; 801 |
| 65 | E-Mail communication from Wade Blackmon to Peter Costas dated July 1, 2002 regarding FOXWOOD.COM Message | 901; 801 |
| 66 | E-Mail communication from Wade Blackmon to Peter Costas dated July 1, 2002 regarding sale of domain names for $19 million by Redican | 901; 801 |
| 67 | E-Mail communication Yodacard@aol.com to Mashantucket dated May 28, 2002 regarding "Website Is Scamming People Letting Them Think Its You" and attached Foxwood Registration Form | |
| 68 | E-Mail communication from Ray Redican to William Sebastian dated June 3, 2002 regarding sale of domain name FOXWOOD | |
| 69 | E-Mail communications from Ray Redican to William Sebastian dated June 3, 2002 regarding sale of domain names | |
| 70 | E-Mail communication from Ray Redican to Clay Wagner dated August 27, 2002 regarding sale of website | |

| # | Description |
|---|---|
| 71 | E-Mail communication from Clay Wagner dated August 26, 2002 to Admin@foxwood.com (Redican) re: Foxwood |
| 72 | E-Mail communications Between Clay Wagner and Ray Redican dated July 23, July 11, and June 27, 2002 regarding banishment from the Casino |
| 73 | E-Mail communications between Ray Redican and Clay Wagner dated July 11, June 27 and June 18, 2002 re: Information on Skip Hayward and Mickey Brown |
| 74 | E-Mail communications between Ray Redican and Clay Wagner dated June 11 and June 7, 2002 re: Two Foxwood Issues |
| 75 | E-Mail communications between Ray Redican, skimjw@lyhcos.com (Mike) and Clay Wagner dated June 19 and June 18, 2002 re: Clay Wagner's response regarding deal |
| 76 | E-Mail communication from Ray Redican to Clay Wagner dated June 18, 2002 re: Getting Thing Moving with Kenny Reels |
| 77 | E-Mail communications between Ray Redican and Clay Wagner dated June 17 and June 4, 2002 re: Projected Time Line |
| 78 | E-Mail communications between Ray Redican and Clay Wagner dated June 13, June 12 and June 7, 2002 re: Foxwood issues |
| 79 | E-Mail communication from Clay Wagner and Ray Redican dated June 7, 2002 re: Purchase of the Tribes Foxwood URL's |
| 80 | E-Mail communications between Ray Redican and Clay Wagner dated June 6, June 5 and June 4, 2002 re: Foxwood.com sale ($20 million) |
| 81 | E-mail communication from Ray Redican to Clay Wagner dated June 5, 2002 re: 2 Projected Time Line |
| 82 | E-mail communications between Ray Redican to Clay Wagner dated June 3 and May 22, 2002 re: Time Frame for sale of Foxwood |
| 83 | E-mail communications between Ray Redican to Clay Wagner dated May 23 and May 22, 2002 re: Foxwood.com sale |
| 84 | E-mail communication from Ray Redican to Clay Wagner dated May 20, 2002 re: Foxwood.com |
| 85 | E-mail communication from Ray Redican to Clay Wagner dated May 17, 2002 re: Afternic |
| 86 | Collective E-mail communications between Ray Redican and Clay Wagner dated May 16 and May 15, 2002 re: Sale of Foxwood |

| | | |
|---|---|---|
| 87 | Collective E-mail communications between Ray Redican and Clay Wagner dated May 16 and May 15, 2005 re: $20M sale of Foxwood.com | |
| 88 | Collective E-mail communications between Ray Redican and Clay Wagner dated May 15, May 14 and May 13, 2002 re: Amount of money requested ($19M?) | |
| 89 | Collective E-Mail communications between Ray Redican and Clay Wagner dated May 14, 2002 re: URL Brokerage | |
| 90 | Collective E-mail communications between Ray Redican and Clay Wagner dated May 14 and May 13, 2002 re: URL Brokerage | |
| 91 | Collective E-mail communications between Ray Redican and Clay Wagner dated May 13, 2002 re: Sale of Foxwood | |
| 92 | Collective E-mail communications between Ray Redican and Clay Wagner dated May 12, 2002 re: Foxwoods and Mohegan Stats | |
| 93 | E-Mail communication from Ray Redican to Clay Wagner dated May 10, 2002 re: Foxwoods and Mohegan Stats | |
| 94 | Collective E-mail communications between Ray Redican and Judge Jones dated April 15 and April 11, 2003 re: Ray Redican Jr/CBNO Foxwood.Com (CIS)/Mashantucket Tribe | |
| 95 | Collective E-Mail communications between Ray Redican and G. Gervaise Davis III dated August 11 and August 12, 2001 re: Foxwood.com, Foxwood.cor and G. Gervaise Davis III | |
| 96 | E-Mail communication from Houston P. Lowry dated August 22, 2001 re: Response to Ray Redican's e-mail | |
| 97 | Ray Redican's Time Line of Important Dates and Information | |
| 98 | Ray Redican's Wampum Card Transactions | 901; 801 |
| 99 | Press Center – Foxwood (CIS) | |
| 100 | Raymond Redican's Name, S.S. #, Address Report | 901; 801 |
| 101 | InterNic Registration of foxwoods.org (CIS) | |
| 102 | Defendant's Responses to Plaintiff's First Set of Interrogatories dated July 10, 2003 | |
| 103 | Defendant's Responses to Plaintiff's First Request for Admissions dated December 31, 2004 | |
| 104 | Defendant's Responses to Plaintiff's Second Request for Admissions dated December 31, 2004 | |
| 105 | Listing of Domain Names (Redican or CIS) | |

The Mashantucket Pequot Tribe v. Raymond Redican Jr.
3:02CV1828 JCH

Defendant's Trial Exhibits

| Exhibit | Description | Beginning Bates # | Ending Bates # | Objection | Date ID | Date Admit |
|---|---|---|---|---|---|---|
| 501 | Printout from http://www.foxwoods.com | P-0206 | P-0206 | | | |
| 502 | Printout from http://www.pequotcasino.com/pequot | P-0203 | P-0203 | | | |
| 503 | Printout from http://www.pequotcasino.com/homepage | P-0204 | P-0204 | | | |
| 504 | Sitemap from CBNO FOXWOOD.COM | P-0011 | P-0011 | | | |
| 505 | Printout from http://foxwood.com/about/index | P-0112 | P-0112 | | | |
| 506 | Business directory pages from http://foxwood.com | P-0012 | P-0012 | | | |
| 507 | Press Center Pages from http://foxwood.com | R 0001 | R 0026 | Heresay | | |
| 508 | Advertising Pages from http://foxwood.com | P-0032 | P-0032 | | | |
| 509 | Disclaimer Pages from http://foxwood.com | P-0052 | P-0052 | | | |
| 510 | Complete Printout of entire http://www.foxwood.com Website | N/A | N/A | | | |
| 511 | Time Line Of Important Dates And Information | R 0018 | R 0020 | Heresay | | |
| 512 | Thomson & Thomson Trademark Research Report | P-0074 | P-0074 | | | |
| 513 | Network Solutions InterNIC Registration Services Forms | P-0114 | P-0114 | | | |
| 514 | MSN Search of foxwood.org and InterNIC Registration Tool for foxwoods.org | P-0060 | P-0061 | | | |
| 515 | Whois Query Results for Foxwood On-Line Casino Inc. | P-0057 | P-0058 | | | |
| 516 | Whois Query Results for Ray Redican | P-0080 | P-0082 | | | |
| 517 | Printout from http://www.checkdomain.com for Foxwood.org | P-0059 | P-0059 | | | |
| 518 | Whois Query Results for Foxwood.com and Foxwood.org | P-0017 | P-0018 | | | |
| 519 | Whois Query Results for Foxwood.com | P-0053 | P-0056 | | | |
| 520 | Whois Query Results for foxwoods.org | P-0063 | P-0064 | | | |
| 521 | Correspondence from Stephen J. Quigley to Ray Redican dated November 10, 1997 | N/A | N/A | | | |
| 522 | Network Solutions Documents for foxwood.com | N/A | N/A | | | |
| 523 | Emails between Ray Redican, M.F.Fox, and Dan Shaheen | P-0043 | P-0043 | | | |
| 524 | Letter from Ray Redican Jr. to Foxwood dated May 1, 2001 | P-0042 | P-0042 | | | |
| 525 | Correspondence from Wade T. Blackmon to Ray Redican, Jr. dated August 10, 2001 | P-0041 | P-0041 | | | |
| 526 | Correspondence from Peter L. Costas to Ray Redican, Jr. dated September 6, 2001 | P-0040 | P-0040 | | | |
| 527 | Email from Ray Redican to Wade T. Blackmon and Peter L. Costas | N/A | N/A | | | |

The Mashantucket Pequot Tribe v. Raymond Redican Jr.
3:02CV1828 JCH

Defendant's Trial Exhibits

| Exhibit | Description | Beginning Bates # | Ending Bates # | Objection | Date ID | Date Admit |
|---|---|---|---|---|---|---|
| 528 | Various United States Patent and Trademark Office Principal Registers for Foxwoods | P-0001 | P-0008 | | | |
| 529 | File History for Foxwood.com | P-0009 | P-0009 | | | |
| 530 | Printout from http://www.checkdomain.com for foxwood.biz | P-0067 | P-0067 | | | |
| 531 | Printout from http://www.checkdomain.com for foxwoods.biz | P-0068 | P-0068 | | | |
| 532 | Whois Query Results for foxwood.info | P-0069 | P-0069 | | | |
| 533 | Printout from http://www.checkdomain.com for foxwoods.info | P-0071 | P-0071 | | | |
| 534 | Printout from http://www.foxwood.net | P-0072 | P-0072 | | | |
| 535 | Whois Query Results for foxwood.tv | P-0073 | P-0073 | | | |
| 536 | Whois Query Results and Documents for Foxwood North LLC | P-0195 | P-0195 | | | |
| 537 | Whois Query Results for Foxwood North LLC | P-0196 | P-0196 | | | |
| 538 | Printout from Namedroppers.com for various foxwood domain names | P-0019 | P-0019 | | | |
| 539 | Printout of Various Trademark Searches from the United States Patent and Trademark Office for Foxwood | R05000 | R0537 | | | |
| 540 | Printout from http://www.foxwoodlofts.com | R0538 | R0538 | | | |
| 541 | Printout of Articles Of Incorporation for Foxwood Glenn Homeowners' Association Inc. | R0540 | R0706 | | | |
| 542 | Printout of documents of various Foxwood locations | R0707 | R0756 | | | |
| 543 | Printout of Poisonous Plants for Rabbits Documents | R0758 | R0770 | | | |
| 544 | Printout of Dalbergia Retusa documents | R0771 | R0773 | | | |
| 545 | Webpage printouts showing various third party uses of foxwood | N/A | N/A | | | |
| 546 | Webpage Printout from http://jillandgreghomeguide.com showing foxwood estates | P-0070 | P-0070 | | | |
| 547 | Correspondence from Marty Kramer to Bill Trezvant dated August 13, 1998 | P-0213 | P-0219 | | | |
| 548 | Correspondence from Peter L. Costas to William Trezvant dated April 15, 1998 | P-0088 | P-0089 | | | |
| 549 | Correspondence from Peter L. Costas to Wade Blackmon dated April 22, 2003 | P-0230 | P-0231 | | | |
| 550 | Correspondence from Peter L. Costas to Wade Blackmond dated September 6, 2001 | P-0235 | P-0238 | | | |

The Mashantucket Pequot Tribe v. Raymond Redican Jr.
3:02CV1828 JCH

Defendant's Trial Exhibits

| Exhibit | Description | Beginning Bates # | Ending Bates # | Objection | Date ID | Date Admit |
|---|---|---|---|---|---|---|
| 551 | Snap Search Results for foxwood | P-0241 | P-0241 | | | |
| 552 | Correspondence from Peter L. Costas to William Trezvant dated December 28, 1998 | | | | | |
| 553 | Thomson & Thomson Trademark Research Report on Foxwood | P-0243 | P-0284 | | | |
| 554 | Webpage Printouts from http://www.rollerblading.com | P-260 | P-0260 | | | |
| 555 | Webpage Printouts from CBNO RollerBlading.com | R 0440 | R 0444 | Irrelevant and Immaterial | | |
| 556 | Documents from WIPO Arbitration and Mediation Center for the case of Rollerblade Inc. v. CBNO and Ray Redican, Jr. | R 0445 | R 0450 | Irrelevant and Immaterial | | |
| 557 | Privileged Document Log | N/A | N/A | Irrelevant and Immaterial | | |
| 558 | Plaintiff's Answers To Defendant's First Set Of Interrogatories (Nos. 1 to 13) dated August 31, 2004 | N/A | N/A | | | |
| 559 | Plaintiff's Responses To Defendant's First Set of Requests To Admit dated August 25, 2004 | N/A | N/A | | | |
| 560 | Plaintiff's Responses To Defendant's First Set of Document Requests | N/A | N/A | | | |
| 561A | Emails between Clay Wagner and Ray Redican dated May 12, 2002 | R 0317 | R 0320 | Heresay | | |
| 561B | Emails between Clay Wagner and Ray Redican dated May 13, 2002 | R 0347 | R 0353 | Heresay | | |
| 561C | Emails between Clay Wagner and Ray Redican dated May 14, 2002 | R 0354 | R 0356 | Heresay | | |
| 561D | Emails between Clay Wagner and Ray Redican dated May 13 and 14, 2002 | R 0344 | R 0346 | Heresay | | |
| 561E | Emails between Clay Wagner and Ray Redican dated May 13- May 15, 2002 | R 0321 | R 0324 | Heresay | | |
| 561F | Emails between Clay Wagner and Ray Redican dated May 15 and 16, 2002 | R 0325 | R 0328 | Heresay | | |
| 561G | Emails between Clay Wagner and Ray Redican dated May 15 and 16, 2002 | R 0339 | R 00343 | Heresay | | |
| 561H | Emails between Clay Wagner and Ray Redican dated May 17, 2002 | R 0329 | R 0331 | Heresay | | |
| 561I | Email between Clay Wagner and Ray Redican dated May 20, 2002 | R 0062 | R 0062 | Heresay | | |

The Mashantucket Pequot Tribe v. Raymond Redican Jr.
3:02CV1828 JCH

Defendant's Trial Exhibits

| Exhibit | Description | Beginning Bates # | Ending Bates # | Objection | Date ID | Date Admit |
|---|---|---|---|---|---|---|
| 561J | Emails between Clay Wagner and Ray Redican dated May 23, 2002 | R 0336 | R 0337 | Hearsay | | |
| 561K | Emails between Clay Wagner and Ray Redican dated June 3, 2002 | R 0298 | R 0299 | Hearsay | | |
| 561L | Email between Clay Wagner and Ray Redican dated June 5, 2002 | R 0306 | R 0306 | Hearsay | | |
| 561M | Email between Clay Wagner and Ray Redican dated June 7, 2002 | R 0424 | R 0425 | Hearsay | | |
| 561N | Email between Clay Wagner and Ray Redican dated June 18, 2002 | R 0414 | R 0414 | Hearsay | | |
| 561O | Emails between Clay Wagner and Ray Redican dated June 19, 2002 | R 0407 | R 0408 | Hearsay | | |
| 561P | Email between Clay Wagner and Ray Redican | R 0429 | R 0429 | Hearsay | | |
| 561Q | Emails between Clay Wagner and Ray Redican | R 0426 | R 0428 | Hearsay | | |