UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED
2005 JUL 27 P 4: 53
U.S. DISTRICT COURT

| | | |
|---|---|---|
| THE MASHANTUCKET PEQUOT TRIBE | ) | |
| | ) | CIVIL ACTION NO. |
| Plaintiff | ) | 3:02 CV 1828 (JCH) |
| | ) | |
| v. | ) | |
| | ) | |
| RAYMOND REDICAN, JR. | ) | |
| | ) | July 26, 2005 |
| Defendant | ) | |

WITNESS LIST FOR PLAINTIFF
THE MASHANTUCKET PEQUOT TRIBE

The following persons will be called as witnesses by Plaintiff The Mashantucket Pequot Tribe:

1.  Martin A. Kramer, Director of Advertising, Foxwoods Resort and Casino, Route 2, Mashantucket, Connecticut 06339.

2.  Wade T. Blackmon, Legal Counsel, Foxwoods Resort and Casino, Route 2, Mashantucket, Connecticut 06339.

3.  As a hostile witness, Raymond R. Redican, Jr., P.O. Box 7381, Lowell, Massachusetts 01852.

1

4. Plaintiff will not call any expert witnesses.

THE MASHANTUCKET PEQUOT TRIBE

By _____
Peter L. Costas
ct04260
PEPE & HAZARD LLP
225 Asylum Street
Hartford, Connecticut 06103
(860) 241-2630

## CERTIFICATE OF SERVICE

This is to certify that the foregoing document was served by E-Mail and by first class mail, postage prepaid, upon Stephen P. McNamara, St. Onge Steward Johnston & Reens LLC, 986 Bedford Street, Stamford, Connecticut 06905.

Date:  July 26, 2005

_____
Peter L. Costas