UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT


THE MASHANTUCKET PEQUOT TRIBE )
                                                    )       CIVIL ACTION NO.
                            Plaintiff          )       3:02 CV 1828 (JCH)
                                                    )
v.                                               )
                                                    )
RAYMOND REDICAN, JR.                 )           July 27, 2005
                                                    )
                            Defendant        )

## PLAINTIFF'S PROPOSED JURY INTERROGATORIES

1.    Do you find that the trademark FOXWOODS has been extensively promoted for Plaintiff's resort casino and that it has acquired substantial good will?

            Yes_____            No_____

2.    Do you find that Defendant registered the domain name FOXWOOD.COM and other FOXWOODS/FOXWOOD domain names with knowledge of Plaintiff's trademark and extensive usage?

            Yes_____            No_____

3.    Do you find that Defendant's registration in 1997 of the domain name in the name of *foxwoodonlinecasino* is indicative of an unlawful intent to profit from the registration by improper activities including producing confusion of FOXWOODS patrons sufficient to motivate Plaintiff to purchase the domain name registration?

            Yes_____            No_____

4.      Do you find that Defendant sought or allowed advertising of gambling operations on his website to obtain compensation from the advertisers?

Yes_____                    No_____

5.      Do you find that Defendant has obtained moneys from gambling sites advertised on his **foxwood.com** website?

Yes_____                    No_____

6.      Do you find that Defendant's activities on the **foxwood.com** website in advertising competitive gaming sites was likely to cause, and did cause confusion of FOXWOODS patrons?

Yes_____                    No_____

7.      Do you find that Defendant's advertising of competitive gambling websites was an unfair trade practice and a violation of the Connecticut Unfair Trade Practices Act?

Yes_____                    No_____

8.      Do you find that Defendant has proven that Plaintiff inexcusably delayed bringing an action against Defendant and that this delay was unduly prejudicial to Defendant?

Yes_____                    No_____

THE MASHANTUCKET PEQUOT TRIBE


By_____
          Peter L. Costas
          ct04260
          PEPE & HAZARD LLP
          225 Asylum Street

Hartford, Connecticut 06103
(860) 241-2630

CERTIFICATE OF SERVICE

This is to certify that the foregoing document was served by overnight courier

service, upon Stephen P. McNamara, St. Onge Steward Johnston & Reens LLC,

986 Bedford Street, Stamford, Connecticut 06905.


Date:  July 27, 2005                              _____

                                                  Peter L. Costas