RECEIVED
JUL 2? 2005

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED

2005 AUG -1  P 1:30

U.S. DISTRICT COURT
BRIDGEPORT, CONN.

| | |
|---|---|
| THE MASHANTUCKET PEQUOT TRIBE ) | |
| ) | CIVIL ACTION NO. |
| Plaintiff ) | 3:02 CV 1828 (JCH) |
| ) | |
| v. ) | |
| ) | |
| RAYMOND REDICAN, JR. ) | |
| ) | |
| Defendant ) | |

## WITNESS LIST FOR DEFENDANT RAYMOND REDICAN, JR.

The following persons will be called as witnesses by Defendant:

1. Wade T. Blackmon, Legal Counsel, Foxwoods Resort and Casino, Route 2, Mashantucket, Connecticut 06339.

2. Kenny Reels, Tribal Council Member, Foxwoods Resort and Casino, Route 2, Mashantucket, Connecticut 06339.

3. Clay Wagner, 311 State Street, New London Connecticut

4. Raymond R. Redican, Jr., P.O. Box 7381, Lowell, Massachusetts 01852.

Respectfully submitted,

7-21-2005
Date

Stephen P. McNamara (ct01220)
St. Onge Steward Johnston & Reens LLC
986 Bedford Street
Stamford, Connecticut 06905-5619
Telephone: (203) 324-6155
Facsimile: (203) 327-1096
*Pro Bono* Attorney for Defendant

1

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing:

**WITNESS LIST FOR DEFENDANT RAYMOND REDICAN, JR.**

is being served on all counsel of record, on this date, by email and first class mail, postage prepaid, by depositing the same with the United States Postal Service in envelopes addressed to:

Peter L. Costas
Pepe & Hazard LLP
225 Asylum Street
Hartford, Connecticut 06130

7-21-2005
Date

Stephen P. McNamara

2