IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE MASHANTUCKET PEQUOT TRIBE | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | CIVIL ACTION NO. |
| | ) | 3:02 CV 1828 (JCH) |
| v. | ) | |
| | ) | |
| RAYMOND REDICAN, JR. | ) | |
| | ) | August 3, 2005 |
| Defendant | ) | |

PLAINTIFF'S MOTION TO AMEND COMPLAINT

Plaintiff, The Mashantucket Pequot Tribe, respectfully moves this Court for leave to amend the Complaint by deleting the prayers for money damages and enhanced damages so that Plaintiff seeks only injunctive relief.  The Amended Complaint is attached hereto.

Defendant's counsel has authorized the undersigned to report that Defendant will not oppose this Motion.

THE MASHANTUCKET PEQUOT TRIBE

By_____
Peter L. Costas
ct04260
PEPE & HAZARD LLP
225 Asylum Street
Hartford, Connecticut 06103
(860) 241-2630

PLC/28411/653/735170v1
08/03/05-HRT/

GRANTED

_____          _____
United States District Judge                                    Date

PLC/28411/653/735170v1
08/03/05-HRT/

## CERTIFICATE OF SERVICE

This is to certify that the foregoing document was served by email and by first class mail, postage prepaid, upon Stephen P. McNamara, St. Onge Steward Johnston & Reens LLC, 986 Bedford Street, Stamford, Connecticut 06905.

Date: August 3, 2005

_____
Peter L. Costas

PLC/28411/653/735170v1
08/03/05-HRT/