EXHIBIT A



**Int. Cl.: 42**

**Prior U.S. Cls.: 100 and 101**

**Reg. No. 1,933,313**

## United States Patent and Trademark Office

Registered Nov. 7, 1995

### SERVICE MARK
### PRINCIPAL REGISTER

## FOXWOODS

MASHANTUCKET PEQUOT TRIBE, THE (UNITED STATES FEDERALLY RECOGNIZED AMERICAN INDIAN TRIBE)
INDIANTOWN ROAD
LEDYARD, CT 06339

FOR: HOTEL ACCOMMODATIONS; RETAIL APPAREL STORES; CAFE AND RESTAURANT OPERATIONS; RETAIL JEWELRY STORES; RETAIL GIFT SHOP; PHARMACY; RETAIL PHOTOGRAPHIC SHOP; NIGHT CLUB; COCK-

TAIL LOUNGE; OPERATION OF HEALTH SPAS, AND BEAUTY AND HAIR DRESSING SALONS, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 2-20-1992; IN COMMERCE 2-20-1992.

SER. NO. 74-621,128, FILED 1-11-1995.

ELEANOR MELTZER, EXAMINING ATTORNEY

EXHIBIT B

Int. Cl.: **41**

Prior U.S. Cls.: **100, 101 and 107**

Reg. No. 1,933,316

# United States Patent and Trademark Office

Registered Nov. 7, 1995

## SERVICE MARK
### PRINCIPAL REGISTER



MASHANTUCKET PEQUOT TRIBE, THE (UNITED STATES FEDERALLY RECOGNIZED AMERICAN INDIAN TRIBE)
INDIANTOWN ROAD
LEDYARD, CT 06339

FOR: EDUCATIONAL AND ENTERTAINMENT SERVICES IN THE NATURE OF OPERATION OF BINGO GAMES, AMUSEMENT CENTERS, AMUSEMENT PARK RIDES, CINEMA THEATERS, CASINOS, GOLF CLUB FACILITIES, HEALTH CLUB FACILITIES, A LIBRARY AND MUSEUM RELATING TO NATIVE AMERICANS; ARRANGING AND CONDUCTING EDUCATIONAL AND CULTURAL CONFERENCES AND EXHIBITIONS, MUSICAL AND DANCE PERFORMANCES, COMPETITIONS IN GAMES OF CHANCE; DEVELOPMENT AND DISSEMINATION OF EDU-

CATIONAL MATERIALS RELATING TO NATIVE AMERICANS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 2-20-1992; IN COMMERCE 2-20-1992.

THE MARK COMPRISES THE WORD "FOXWOODS" OVER THE TRIBAL LOGO WHICH IS A FANCIFUL REPRESENTATION OF A FOX AND A TREE ON A HILL, AND INCLUDES AN EMBLEM SIGNIFYING PART OF THE WAMPUM OF THE TRIBE, AND OPPOSED HORIZONTAL FRAMES WHICH MAY INCLUDE WORDS.

SER. NO. 74–621,901, FILED 1–11–1995.

ELEANOR MELTZER, EXAMINING ATTORNEY

EXHIBIT C



**Int. Cl.: 41**

**Prior U.S. Cls.: 100, 101 and 107**

**United States Patent and Trademark Office**

Reg. No. 1,933,319
Registered Nov. 7, 1995

## SERVICE MARK
### PRINCIPAL REGISTER

## FOXWOODS

MASHANTUCKET PEQUOT TRIBE, THE (UNITED STATES FEDERALLY RECOGNIZED AMERICAN INDIAN TRIBE)
INDIANTOWN ROAD
LEDYARD, CT 06339

FOR: EDUCATIONAL AND ENTERTAINMENT SERVICES IN THE NATURE OF OPERATION OF BINGO GAMES, AMUSEMENT CENTERS, AMUSEMENT PARK RIDES, CINEMA THEATERS, CASINOS, GOLF CLUB FACILITIES, HEALTH CLUB FACILITIES, A LIBRARY AND MUSEUM RELATING TO NATIVE AMERICANS; ARRANGING AND CONDUCTING EDUCATIONAL AND CUL-TURAL CONFERENCES AND EXHIBITIONS, MUSICAL AND DANCE PERFORMANCES, COMPETITIONS IN GAMES OF CHANCE; DEVELOPMENT AND DISSEMINATION OF EDUCATIONAL MATERIALS RELATING TO NATIVE AMERICANS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 2-20-1992; IN COMMERCE 2-20-1992.

SER. NO. 74-621,905, FILED 1-11-1995.

ELEANOR MELTZER, EXAMINING ATTORNEY

EXHIBIT D

Int. Cl.: 42

Prior U.S. Cls.: 100 and 101

## United States Patent and Trademark Office

Reg. No. 1,935,673
Registered Nov. 14, 1995

## SERVICE MARK
## PRINCIPAL REGISTER



MASHANTUCKET PEQUOT TRIBE, THE (UNITED STATES FEDERALLY RECOGNIZED AMERICAN INDIAN TRIBE)
INDIANTOWN ROAD
LEDYARD, CT 06339

FOR: HOTEL ACCOMMODATIONS; RETAIL APPAREL STORES; CAFE AND RESTAURANT OPERATIONS; RETAIL JEWELRY STORES; RETAIL GIFT SHOP; PHARMACY; RETAIL PHOTOGRAPHIC SHOP; NIGHT CLUB; COCKTAIL LOUNGE; OPERATION OF HEALTH SPAS, AND BEAUTY AND HAIR DRESSING SALONS, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 2–20–1992; IN COMMERCE 2–20–1992.
THE MARK COMPRISES THE WORD "FOXWOODS" OVER THE TRIBAL LOGO WHICH IS A FANCIFUL REPRESENTATION OF A FOX AND A TREE ON A HILL, AND INCLUDES AN EMBLEM SIGNIFYING PART OF THE WAMPUM OF THE TRIBE, AND OPPOSED HORIZONTAL FRAMES WHICH MAY INCLUDE VARIIOUS WORDS.

SER. NO. 74–621,133, FILED 1–11–1995.

ELEANOR MELTZER, EXAMINING ATTORNEY

EXHIBIT E

Int. Cl.: 16

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38 and 50

Reg. No. 1,961,723

## United States Patent and Trademark Office     Registered Mar. 12, 1996

### TRADEMARK
### PRINCIPAL REGISTER

## FOXWOODS

MASHANTUCKET PEQUOT TRIBE, THE (UNITED STATES FEDERALLY RECOGNIZED AMERICAN INDIAN TRIBE)
INDIANTOWN ROAD
LEDYARD, CT 06339

FOR: NEWSLETTERS PUBLISHED MONTHLY IN THE FIELD OF AMERICAN INDIAN TRIBAL ACTIVITIES AND TRIBE-RUN CASINO ACTIVITIES; PAMPHLETS AND MONOGRAPHS IN THE FIELDS OF AMERICAN INDIAN TRIBAL HISTORY; AMERICAN INDIAN AFFAIRS AND CULTURE, GAMING AND EDUCATION; PLAYING CARDS, WRITING PAPER, NOTE PADS, GREETING CARDS, POSTCARDS; BOOKS IN THE FIELDS OF AMERICAN INDIAN TRIBAL HISTORY AND AMERICAN INDIAN AFFAIRS AND CULTURE; ART PRINTS AND ART REPRODUCTIONS, CALENDARS, AND PAPER NAPKINS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 2–20–1992; IN COMMERCE 2–20–1992.

SER. NO. 74–626,530, FILED 1–27–1995.

DOMINICK J. SALEMI, EXAMINING ATTORNEY

EXHIBIT F

MAPC-102

Int. Cl.: 16

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38 and 50

## United States Patent and Trademark Office

Reg. No. 2,016,903
Registered Nov. 19, 1996

## TRADEMARK
### PRINCIPAL REGISTER



MASHANTUCKET PEQUOT TRIBE, THE (UNITED STATES FEDERALLY RECOGNIZED AMERICAN INDIAN TRIBE)
INDIANTOWN ROAD
LEDYARD, CT 06339

FOR: MAGAZINES, PAMPHLETS, BOOKS AND MONOGRAPHS RELATING TO ENTERTAINMENT AND GAMING, PLAYING CARDS, WRITING PAPER, NOTE PADS, GREETING CARDS, POST CARDS, ART PRINTS AND REPRODUCTIONS, CALENDARS AND NAPKINS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 2-20-1992; IN COMMERCE 2-20-1992.

THE MARK COMPRISES THE WORD "FOXWOODS" OVER THE TRIBAL LOGO WHICH IS A FANCIFUL REPRESENTATION OF A FOX AND A TREE ON A HILL, AND INCLUDES AN EMBLEM SIGNIFYING PART OF THE WAMPUM OF THE TRIBE, AND OPPOSED HORIZONTAL FRAMES WHICH MAY INCLUDE VARIOUS WORDS.

SER. NO. 74-634,383, FILED 2-15-1995.

DOMINICK J. SALEMI, EXAMINING ATTORNEY

EXHIBIT G

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 2,174,126

Registered July 21, 1998

## TRADEMARK
### PRINCIPAL REGISTER

# FOXWOODS

MASHANTUCKET PEQUOT TRIBE, THE (UNITED STATES FEDERALLY RECOG- NIZED AMERICAN INDIAN TRIBE)
INDIANTOWN ROAD
LEDYARD, CT 06339

FOR: NON-EQUESTRIAN WEARING APPAR- EL, NAMELY, SHIRTS, CAPS, FOOTWEAR, SHORTS, BATHING SUITS, JACKETS AND SWEATERS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 2–20–1992; IN COMMERCE 2–20–1992.

SER. NO. 74–622,427, FILED 1–18–1995.

TERESA M. RUPP, EXAMINING ATTORNEY

EXHIBIT H

MAPC-110

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

Reg. No. 2,174,127

## United States Patent and Trademark Office

Registered July 21, 1998

## TRADEMARK
### PRINCIPAL REGISTER



MASHANTUCKET PEQUOT TRIBE, THE (UNITED STATES FEDERALLY RECOGNIZED AMERICAN INDIAN TRIBE)
INDIANTOWN ROAD
LEDYARD, CT 06339

FOR: NON-EQUESTRIAN WEARING APPAREL, NAMELY, SHIRTS, CAPS, FOOTWEAR, SHORTS, BATHING SUITS, JACKETS AND SWEATERS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 2-20-1992; IN COMMERCE 2-20-1992.

THE MARK COMPRISES THE WORD "FOXWOODS" OVER THE TRIBAL LOGO WHICH IS A FANCIFUL REPRESENTATION OF A FOX AND A TREE ON A HILL, AND INCLUDES AN EMBLEM SIGNIFYING PART OF THE WAMPUM OF THE TRIBE, AND OPPOSED HORIZONTAL FRAMES WHICH MAY INCLUDE VARIOUS WORDS.

SER. NO. 74-622,428, FILED 1-18-1995.

TERESA M. RUPP, EXAMINING ATTORNEY

# EXHIBIT I



The Value of Trust™

| Birth Date | amount ▼ | plan yrs ▼ | Get Quotes |
| MM | DD | YY | gender ▼ | tobacco ▼ | state ▼ |

F

| HOME | FIND A DOMAIN NAME | BUILD YOUR WEBSITE | ADD OPTIONS | SECURITY SERVICES | MANAGE ACCOUNT | RENEW SERVICES | 🛒 VIEW ORDER | 🔍 WHOI |

→ **You are Here:** WHOIS -> Search Results

▶ **WHOIS**

**Search Results**

FA(

What is a Han
a Handle recor

What is a Host
host record?

The domain na
has expired ac
the WHOIS rec
can't I register

Registrant:
Foxwood.com (FOXWOOD2-DOM)
    P.O. Box 7381
    Lowell, MA 01852
    US

    Domain Name: FOXWOOD.COM

    Administrative Contact, Technical Contact:
        Redican, Ray jr  (RJR308)        Ray@DRACUT.COM
        Commonwealth Internet Services CIS
        P.O. Box 7381
        Lowell , MA 01852
        888.458.8085

    Record expires on 23-May-2011.
    Record created on 22-May-1997.
    Database last updated on 5-Jun-2002 08:02:53 EDT.

    Domain servers in listed order:

    NS0.AITCOM.NET            208.234.1.34
    NS1.AITCOM.NET            216.117.186.139
    NS2.AITCOM.NET            208.234.1.36







**Search Our WHOIS Records**

e.g. netsol.com

[                              ]    **GO!**

**Search WHOIS by:**
◉ **Domain name**        ○ **NIC handle**

**Learn More** about using WHOIS

📌 **Get the Name You Want**

Is the name you want already registered?
Check to see if it's for sale on our
GreatDomains.com listing of names for
resale. Click here to view the catalog.

📌 **More Ways to use our Site**

📌 Brainstorm a name **using
keywords,** .



EXHIBIT J



## Protect your family.

| HOME | FIND A DOMAIN NAME | BUILD YOUR WEBSITE | ADD OPTIONS | SECURITY SERVICES | MANAGE ACCOUNT | RENEW SERVICES | VIEW ORDER | WHOI |

→ **You are Here:** WHOIS -> Search Results

## ▶ WHOIS
### Search Results

What a Har

What host

The c has e the W can't

```
Registrant:
Foxwood.org (CIS) (FOXWOOD8-DOM)
    PO Box 7381
    Lowell, MA 01852
    US

    Domain Name: FOXWOOD.ORG

    Administrative Contact, Technical Contact:
        Redican, Ray jr. (CIS  (RR13854)           rollerblading@MINDSPRING.COM
        Commonwealth Internet Services (CIS)
        P.O. Box 7381
        Lowell, MA 01852
        (888) 458-8085 ext.2 24/hrs

    Record expires on 25-Mar-2003.
    Record created on 25-Mar-2000.
    Database last updated on 5-Jun-2002 08:03:24 EDT.

    Domain servers in listed order:

    ATLNS01.WEBHOSTING.INTERLIANT.COM 209.196.32.34
    ATLNS02.WEBHOSTING.INTERLIANT.COM 209.196.32.38
```

## Search Our WHOIS Records

e.g. netsol.com

[                    ]    **GO!**

**Search WHOIS by:**

⦿ **Domain name**          ○ **NIC handle**

**Learn More** about using WHOIS

---



**📑 Get the Name You Want**

Is the name you want already registered? Check to see if it's for sale on our GreatDomains.com listing of names for resale. Click here to view the catalog.

**📑 Get Listed in Top Search**

**📑 More Ways to use our Site**

**📑** Brainstorm a name **using keywords.**

**📑** Get Noticed with **Personalized E-Mail.** Use e-mail that matches

# EXHIBIT K



| Home | Contact Us | **Registration Services** |
| RESOURCES   HOW TO   FORMS   FAQ   SITE MAP   SEARCH |
| Search for a Domain Name | Register a Domain Name |

# InterNIC Template Tool Suite

**Search for:** foxwoods.org    [ Submit Query ]

```
Registrant:
Commonwealth Internet Services CIS (FOXWOODS13-DOM)
    P.O. Box 7381
    Lowell, MA 01852
    US

    Domain Name: FOXWOODS.ORG

    Administrative Contact:
        Redican, Ray  (RR8310)   away@HOTMAIL.COM
        (888) 458-8085 (FAX) .
    Technical Contact, Zone Contact:
        Registrar, Internic  (RI52-ORG)   internic-free@REGISTER.COM
        718.522.2260
Fax- 718.522.0267
    Billing Contact:
        Redican, Ray  (RR8310)   away@HOTMAIL.COM
        (888) 458-8085 (FAX) .

    Record last updated on 29-Aug-98.
    Record created on 29-Aug-98.
    Database last updated on 5-Oct-98 04:06:48 EDT.

    Domain servers in listed order:

    DNS1.REGISTER.COM            209.67.50.220
    DNS2.REGISTER.COM            209.67.50.241
```

EXHIBIT L



| Home | Contact Us | **Registration Services** |
| RESOURCES | HOW TO | FORMS | FAQ | SITE MAP | SEARCH |
| Search for a Domain Name | Register a Domain Name |

# InterNIC Template Tool Suite

**Search for:** `foxwoods.net`    Submit Query

```
Registrant:
Commonwealth Internet Services (CIS) (FOXWOODS12-DOM)
    P.O. Box 7381
    Lowell, MA 01852
    US

    Domain Name: FOXWOODS.NET

    Administrative Contact:
        Redican, Ray  (RR8310)   away@HOTMAIL.COM
        (888) 458-8085 (FAX) .
    Technical Contact, Zone Contact:
        Registrar, Internic  (RI52-ORG)   internic-free@REGISTER.COM
        718.522.2260
Fax- 718.522.0267
    Billing Contact:
        Redican, Ray  (RR8310)   away@HOTMAIL.COM
        (888) 458-8085 (FAX) .

    Record last updated on 26-Aug-98.
    Record created on 26-Aug-98.
    Database last updated on 5-Oct-98 04:06:48 EDT.

    Domain servers in listed order:

    DNS1.REGISTER.COM           209.67.50.220
    DNS2.REGISTER.COM           209.67.50.241
```

EXHIBIT M

# PEPE&HAZARD LLP

LAW OFFICES

GOODWIN SQUARE
HARTFORD, CONNECTICUT 06103-4302
860/522-5175   FACSIMILE 860/522-2796

PETER L. COSTAS
‡Also Admitted in New York
Direct Dial: (860) 241-2630
pcostas@pepehazard.com

September 6, 2001

*Via Federal Express and E-Mail (Ray@Dracut.com)*

Ray Redican, Jr., Chairman
Commonwealth Internet Services
166 Cumberland Road
Lowell, MA   01852

      Re:    **Mashantucket Tribal Nation**
            **Our File: MAPC-907**

Dear Mr. Redican:

      The firm represents the Mashantucket Tribal Nation and its Foxwoods Casino as to intellectual property matters.

      We have been provided copies of its communications with you and a copy of a letter sent to it on your behalf by Attorney Houston Putnam Lowry in which he was representing you and your company, Commonwealth Internet Services. Although you have advised Wade Blackmon of the Tribal Legal Department, that you have not engaged Mr. Lowry to represent you, I am forwarding a copy of this letter to him in the event that there is an attorney-client relationship.

      It is my understanding that you have expressed to Mr. Blackmon your interest in disposing of this controversy. The policy of the Tribe is simple. It will not pay anyone to obtain domain names which trespass upon its good will; and it will go to court to compel assignments and to seek damages where appropriate. However, it will reimburse the registrant for the filing fees incurred in obtaining the registration.

      Accordingly, if you wish to dispose of this matter, you can do so by assigning to my client the registrations of the domain names Foxwood.org and Foxwood.com. Upon receipt of the fully executed assignment documents, we will reimburse you the amount of the registration fees, and our client will pay the fees for the transfer.

PEPE&HAZARD LLP

Via Federal Express and E-Mail (Ray@Dracut.com)
Ray Redican, Jr., Chairman
September 6, 2001
Page 2

We had also noted your efforts to register a trademark incorporating "Foxwood". Since that application has been abandoned, no further action appears to be necessary.

Attached is the transfer form for you to complete for each registration as to your information and to execute before a notary public. The forms should be returned to me and I will complete the forms with the Tribal information and attend to their recordation.

In view of the manner in which you are identified in the registry, I believe it would be appropriate to identify yourself as the registrant as follows:

Ray Redican, Jr. d/b/a Commonwealth Internet Services (CIS)

This letter is a representation on behalf of the Tribal Nation that such assignments by you will release you from any claims which it may have against you for your actions in registering the domain names and attempting to register a confusingly similar trademark.

If you have any questions, please do not hesitate to contact me.

Very truly yours,

Peter L. Costas

Attachment

bcc  W. BLACKMR

PLC/28411/907/546709v1
09/06/01-HRT/VAK

EXHIBIT N

Thank you for visiting Commonwealth Internet Services (CIS). Use of this site is subject to the express terms and conditions. By continuing past this page, you expressly agree to be bound by those terms and conditions which prohibit commercial use of this site.  Open Page In New Window



**Foxwood.com (CIS)**
**A CIS Sports Group (CIS) Company**
**Powered By Commonwealth Internet Services (CIS)**

**Sponsored By:**
**OtherSports.com (CIS)**



Login: _____
Password: _____

**enter**

If you are not already a memb please, click here to register.

If you have forgotten your password, click here.

- welcome
- testimonials
- partners
- the program
- terms/conditions
- contact
- join now

**Testimonials:**

"We highly recommend and endorse the Blackjack Ballroom Casino affiliate program. With 100% reliable tracking and very prompt monthly payments, you just can't lose! A+++"

-Win Your Wager

# Welcome to Affiliate Casino Rewards!

Our unique affiliate system allows you to generate extra income off of your website. We currently have affiliates making over **$50,000** a month!

## How does it work?

Our patent pending software allows you, the website owner, to advertise for any or all of our sponsor casinos. You can choose between 3 highly profitable billing options:

**$.10 per click**
**$50 per join**
**35% of the casino's profit**

We are the only affiliate program that gives you the option of different billing options so you can make the most out of our program.

Other Casino Affiliate programs require your referred players to lose $30,000 before you earn high percentage revenue share, but CasinoRewards is proud to announce it's new **flat 35% Share Plan**. This means that affiliates to CasinoRewards can earn a full 35% of the entire player's revenue with no minimum amount required.

## Two-Tiered Program

What does that mean? It means more money for you! We will give you a whopping 5% of the paycheck of every webmaster you refer. So if you refer a webmaster that earns $10,000 a month you earn $500 for doing nothing!

## Affiliate Games and Website Content

When you join our affiliate program you will have the ability to put affiliate games and weekly contests on your site. This will

**partners**











Become an affiliate for al of these casinos in one

easy step!

**join now**

greatly increase the stickyness of your
website and keep your users coming back
for the prizes and the best part of all it
does not cost you a cent! Our affiliate
sponsor pick up the bill and they still pay
you if a user joins off of these methods!

**Demo Affiliate Content**

Affiliate Games        Affiliate Raffle

### More Ways to link to sponsor casinos

We offer the most complete flexibilty with
our affiliate program. When you join you
have the ability to send traffic to a sponsor
casino via banners or text links, exit
traffic, start the download from your site,
or through our affiliate games and raffles.

So what are you waiting for join now!

ADVERTISEMENT>





**Over 1,000 Magazines, Newsletters and Newspapers!**
Phone Orders: Call 1-800-388-8607. Mention promotion code 38751624.

Home    Privacy Policy    Gift Center    Customer Service    View C

Return to...
**Foxwood.com (CIS)**


try **this title**
risk-free!

## Express Search

Search by title or keyword:

[_____] **go**

Top Categories:
**Father's Day Gifts**
Arts & Entertainment
Business & Finance
Children & Teens
**enews Top 10** NEW!
Fashion & Style
Health & Fitness
Hobbies & Games
Home & Garden
Men's Interest
News & Government
Sports & Leisure
Women's Interest

Search All Categories:
[Arts & Entertainment ▼]   **go**

Search
alphabetically.

**Casino Journal**
One year/12 issues
Our Price: $79.00
You Save 34% off the newsstand price.

This title is available for shipping to the U.S. only.

**Try It R**

**try**

(You can alway
Safe Shoppin

**About Casino Journal —** *Casino Journal* is recognized as the numbe magazine of the casino gaming industry. *Casino Journal* is read by ca executives, vendors, and governmental officials nationwide. Each mon Casino Journal features exclusive interviews with top casino executive stock analyses, corporate profiles, vendor spotlights, casino marketin depth reports on the status of gaming's expansion.

### You Might Also Like:

 **Atlantic City Insider**
You Save 41%
**Add to Cart!**

 **Casino Player**
You Save 60%
**Add to Cart!**

 S
Y
A

### About Our Risk-FREE Trial Offer
We think you'll enjoy **Casino Journal**. Only **$79.00** for **12** issues. If you're not 100% satis you may cancel by contacting our customer care center within 90 days of placing your order receive a full refund. Please allow 4 to 12 weeks (for a weekly, approximately 5 to 7 weeks; monthly, approximately 6 to 8 weeks) from the time you place or cancel your order for your or stop. These are standard industry lead times.

At this time, we can process magazine subscription orders for delivery to **U.S.**, **FPO** and **AP**

## Gift Center


**FREE Gift Card
with every gift
subscription!**

## Free Stuff


**Tons of FREE gifts
from many publishers!**

About Us | FAQ | Our Privacy Policy | How-To-Shop Tutorial | Affiliate Program| About enews.com Orders | Customer

© 2002 enews, inc. All rights reserved. enews and enews.com are registered trademarks of enews, inc.  |  Terms O

Foxwood.com (CIS)

# EXHIBIT O



## Foxwood Registration

| | |
|---|---|
| **Enter Your Existing Foxwood ID#:** | |
| **Pin# (If You Don't Have One Create One Here):** | |
| **Confirm New Pin#:** | |
| **Social Security Number:** | |
| **Name:** | |
| **Date of Birth:** | |
| **(optional) Company / Title:** | |
| **Address:** | |
| **City, State, Zip:** | |
| **How Far Do You Live From Foxwood (Miles & Time)?** | |
| **How Much Do You Spend Here?** | |
| **Your Estimated Net Worth Is?** | |
| **How Many Days Per Year Do You Visit Foxwood?** | |
| **Which Games Do You Play?** | |
| **Phone Number:** | |
| **Email:** | |
| **Confirm Email:** | |

**Do You Want To Establish A Line Of Credit,
If So How Much? And How Would You Like
To Be Contacted.**

### Subscriptions:

○ 1/yr $49.99
○ 2/yr $78.99
○ 3/yr $97.99

### Credit Card

[ ]  [ - - Select - - ▼ ]

**Expiration**

[ 02 ▼ ]

**Would you like to receive updates when we announce new products & services?**

○ Yes

○ No

**Which Other Places Similar To Foxwood Do You Visit And How Much Money Do You Spend There?**

[                                                    ]

**Name as many analogies to which you associate -F-O-X-W-O-O-D- with here:**

[                                                    ]

---

[ Submit ]   [ Reset ]

DO YOU
WANT TO
KNOW MORE
[ click here ]

---

**Advertisement**

EXHIBIT P

**Costas, Peter**

| | |
|---|---|
| **From:** | Blackmon, Wade [WBlackmon@mptn.org] |
| **Sent:** | Thursday, September 05, 2002 4:42 PM |
| **To:** | Costas, Peter |
| **Subject:** | FW: A WEB SITE IS SCAMMING PEOPLE LETTING THEM THINK ITS YOU.. |

```
This is an  apparent patron complaint regarding foxwood.com
Wade T. Blackmon
Legal Counsel
Foxwoods Resort Casino
Office of Legal Counsel
Phone: (860) 312-4076
Fax: (860) 312-4075


-----Original Message-----
From: Charette, Brian
Sent: Wednesday, May 29, 2002 8:33 AM
To:   Blackmon, Wade
Subject:    FW: A WEB SITE IS SCAMMING PEOPLE LETTING THEM THINK ITS
YOU..

Wade:
This is a problem.  Let me know what we or I can do thanks.

Brian

-----Original Message-----
From:

<mailto:
Sent: Tuesday, May 28, 2002 8:27 PM
To:   webmaster@mptn.org <mailto:webmaster@mptn.org>
Subject:    A WEB SITE IS SCAMMING PEOPLE LETTING THEM THINK ITS
YOU..

HELLO, I JUST WANTED TO LET YOU KNOW THAT THERE IS A WEB SITE,
WWW.FOXWOOD.COM <http://WWW.FOXWOOD.COM>  SCAMMING PEOPLE OUT OF MONEY
AND
THE PEOPLE THINK IT IS YOU....THIS SITE ASKS FOR CREDIT CARDS, SOCIAL
SECURITY #'S, PIN#'S....CAN YOU BELIVE IT PIN #'S EXT.  CHECK IT OUT..I
LOVE
YOUR CASINO AND GO THERE ALL THE TIME AND THINK THIS IS BAD WHAT THESE
SCAM
ARTIST ARE DOING...GOOD LUCK.....LORI
```