IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| THE MASHANTUCKET PEQUOT TRIBE )<br>)<br>Plaintiff )<br>)<br>)<br>v. )<br>)<br>RAYMOND REDICAN, JR. )<br>)<br>Defendant ) | CIVIL ACTION NO.<br>3:02 CV 1828 (JCH)<br><br>September 12, 2005 |

## **PLAINTIFF'S REQUEST FOR RELIEF**

Plaintiff The Mashantucket Pequot Tribe respectfully requests that the Court grant the following relief in view of the past actions and improper motive of Defendant Raymond Redican, Jr., in seeking and operating the website Foxwood.com.

1.   In view of Defendant's registration of the domain name Foxwood.com for improper motives and the past use of the website to promote gaming with other entities, the likelihood of confusion, the dilution of the famous trademark FOXWOODS, the steering of persons inadvertently accessing the site to other gaming enterprises, and the varied efforts to obtain a large sum from Plaintiff for assignment of the registration all of which constitute a violation of the trademark laws of the United States, 15 U.S.C. § 1051 *et* seq. as amended by the Intellectual Property and Communications Omnibus Reform Act of 1999, Public Act 106-113; the Connecticut Trademark Act, Conn. Gen. Stat. 35-11a *et* seq., the Connecticut Unfair Trade Practices Act, Conn. Gen. Stat. 42-110a *et* seq.; and the Connecticut

1

common law, the Court should order Defendant to assign the registration of the domain name Foxwood.com to Plaintiff and Plaintiff will compensate Defendant for his out-of-pocket costs in obtaining and maintaining the registration and in assigning the registration.

Case 3:02-cv-01828-JCH    Document 92    Filed 09/13/2005    Page 2 of 4

2

2.  The Court should also enjoin Defendant from (a) any use of FOXWOODS, and (b) any use of FOXWOOD in any manner relating to casino or gaming services or suggesting any relationship with the FOXWOODS Casino.

                THE MASHANTUCKET PEQUOT TRIBE

By_____
    Peter L. Costas
    ct04260
    PEPE & HAZARD LLP
    225 Asylum Street
    Hartford, Connecticut 06103
    (860) 241-2630

3

<u>CERTIFICATE OF SERVICE</u>

      This is to certify that the foregoing document was served by first class mail, postage prepaid, upon Stephen P. McNamara, St. Onge, Steward, Johnston & Reens LLC, 986 Bedford Street, Stamford, Connecticut 06905.

Dated: September 12, 2005          _____
                                                          Peter L. Costas