# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

```
----------------------------------------------------------------x
                                                 :
THE MASHANTUCKET PEQUOT TRIBE                    :
                                                 :    CIVIL ACTION NO.
            Plaintiff                            :    3:02 CV 1828 (JCH)
      v.                                         :
                                                 :
RAYMOND REDICAN, JR. D/B/A CBNO                  :
FOXWOOD.COM (CIS)                                :
                                                 :    October 3, 2005
            Defendant.                           :
                                                 :
----------------------------------------------------------------x
```

## DEFENDANTS'S MOTION FOR AUTHORIZATION OF EXPENSE OF TRIAL TRANSCRIPT AND FOR LEAVE TO FILE SUPPLEMENTAL PROPOSED FINDINGS OF FACT

Defendant, Raymond Redican, Jr. d/b/a CBNO FOXWOOD.COM (CIS), hereby moves this Court for authorization of the cost of obtaining a transcript of the trial conducted on August 29, 2005 for reimbursement as a *pro bono* expense in accordance with Local Rule 83.10(f).  The trial transcript is needed to verify the testimony of Plaintiff's witnesses and to provide

Defendant further moves for leave to file a Supplemental Proposed Findings of Fact after the trial transcript is obtained.  The undersigned counsel has consulted with opposing counsel and Plaintiff objects to this request.  This is the first such request for leave to file Supplemental Proposed Findings of Fact.

Respectfully submitted,

Oct. 3, 2005
Date

Stephen P. McNamara (ct01220)
St. Onge Steward Johnston & Reens LLC
986 Bedford Street
Stamford, Connecticut 06905-5619
Telephone: (203) 324-6155
Facsimile: (203) 327-1096
Pro Bono Attorney for Defendant

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing:

**DEFENDANTS'S MOTION FOR AUTHORIZATION OF EXPENSE OF TRIAL TRANSCRIPT AND FOR LEAVE TO FILE SUPPLEMENTAL PROPOSED FINDINGS OF ACT**

is being served on all counsel of record, on this date, by first class mail, postage prepaid, by depositing the same with the United States Postal Service in envelopes addressed to:

Peter L. Costas
Pepe & Hazard LLP
225 Asylum Street
Hartford, Connecticut 06130

Oct. 3, 2005
Date

Stephen P. McNamara

- 2 -