IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| THE MASHANTUCKET PEQUOT TRIBE )<br>)<br>Plaintiff )<br>)<br>)<br>)<br>v. )<br>)<br>RAYMOND REDICAN, JR. )<br>)<br>Defendant ) | CIVIL ACTION NO.<br>3:02 CV 1828 (JCH)<br><br>October 6, 2005 |

**PLAINTIFF'S OBJECTION TO DEFENDANT'S MOTION FOR
LEAVE TO FILE SUPPLEMENTAL PROPOSED FINDINGS OF FACT**

Plaintiff The Mashantucket Pequot Tribe objects to Defendant's Motion for Leave to File Supplemental Proposed Findings of Fact since the Court had established a date of the submission of proposed findings which was understood to be September 12, 2005. Defendant did not file his proposed findings of fact until September 15, 2005, and now seeks to prolong this matter further by filing additional proposed findings nearly a month later.

As to the request that the Court furnish Defendant with a trial transcript, this is certainly not timely.

THE MASHANTUCKET PEQUOT TRIBE

By _____
Peter L. Costas
ct04260
PEPE & HAZARD LLP
225 Asylum Street
Hartford, Connecticut 06103
(860) 241-2630

1

## CERTIFICATE OF SERVICE

This is to certify that the foregoing document was served by first class mail, postage prepaid, upon Stephen P. McNamara, St. Onge, Steward, Johnston & Reens LLC, 986 Bedford Street, Stamford, Connecticut 06905.

Dated: October 6, 2005

_____
Peter L. Costas