IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

```
-----------------------------------------------------------------x
                                                     :
THE MASHANTUCKET PEQUOT TRIBE                        :
                                                     :   CIVIL ACTION NO.
              Plaintiff                              :   3:02 CV 1828 (JCH)
       v.                                            :
                                                     :
RAYMOND REDICAN, JR. D/B/A CBNO                      :
FOXWOOD.COM (CIS)                                    :
                                                     :   October 14, 2005
              Defendant.                             :
                                                     :
-----------------------------------------------------------------x
```

**REQUEST FOR RECONSIDERATION OF DENIAL OF
DEFENDANTS'S MOTION FOR AUTHORIZATION OF EXPENSE OF TRIAL
TRANSCRIPT AND FOR LEAVE TO FILE SUPPLEMENTAL PROPOSED
FINDINGS OF FACT**

Defendant, Raymond Redican, Jr. d/b/a CBNO FOXWOOD.COM (CIS), hereby requests the Court to reconsider its denial of Defendant's motion for authorization of the cost of obtaining a transcript of the trial conducted on August 29, 2005 for reimbursement as a *pro bono* expense in accordance with Local Rule 83.10(f) and for leave to file a Supplemental Proposed Findings of Fact after the trial transcript is obtained.

Plaintiff's proposed Findings of Fact include a number of errors as to the testimony presented at trial, for example:

¶15 – Plaintiff asserts that Defendant used the tradename "CBNO Foxwoods.com" but that is nowhere in the record.

¶ 43 – Plaintiff asserts that Defendant had various hyperlinks on his "home page." This is incorrect, and inconsistent with the record at trial. The documents submitted were not printouts of Defendant's home page.

¶ 53 – Plaintiff asserts that Defendant had the domain name *Foxwoods.com* and had webpages there with various hyperlinks.  This is incorrect.  Defendant never testified to having *Foxwoods.com*.

Accordingly, a trial transcript would be helpful to the court and Defendant to review to correct any errors of fact, and, in any event, would be needed in the event of an appeal.  Therefore, reconsideration of the denial and grant of the Defendant's request for authorization of the cost of obtaining a transcript of the trial is respectfully requested.

In addition, reconsideration of the denial and grant of the Defendant's request for leave to file Supplemental Proposed Findings of Fact is also requested in order to allow a filing providing any additional facts that may be revealed when the transcript is obtained.

                    Respectfully submitted,

Oct 14, 2005                     *Stephen P. McNamara*
Date                             Stephen P. McNamara (ct01220)
                                   St. Onge Steward Johnston & Reens LLC
                                   986 Bedford Street
                                   Stamford, Connecticut 06905-5619
                                   Telephone: (203) 324-6155
                                   Facsimile: (203) 327-1096
                                   *Pro Bono Attorney for Defendant*

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing:

**REQUEST FOR RECONSIDERATION OF DENIAL OF DEFENDANTS'S MOTION FOR AUTHORIZATION OF EXPENSE OF TRIAL TRANSCRIPT AND FOR LEAVE TO FILE SUPPLEMENTAL PROPOSED FINDINGS OF ACT**

is being served on all counsel of record, on this date, by first class mail, postage prepaid, by depositing the same with the United States Postal Service in envelopes addressed to:

Peter L. Costas
Pepe & Hazard LLP
225 Asylum Street
Hartford, Connecticut 06130


Oct. 14, 2005          *Stephen P. McNamara*
Date                   Stephen P. McNamara