IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| THE MASHANTUCKET PEQUOT TRIBE )<br>)<br>Plaintiff )<br>)<br>) CIVIL ACTION NO.<br>) 3:02 CV 1828 (JCH)<br>v. )<br>)<br>RAYMOND REDICAN, JR. )<br>) October 17, 2005<br>Defendant ) | |

**PLAINTIFF'S RESPONSE TO DEFENDANT'S REQUEST
OF DENIAL OF DEFENDANT'S MOTION FOR AUTHORIZATION
OF EXPENSE OF TRIAL TRANSCRIPT AND FOR LEAVE TO FILE
SUPPLEMENTAL PROPOSED FINDINGS OF FACT**

With respect to the several proposed Findings as to which Defendant has taken exception, it is respectfully submitted that the uses of FOXWOODS rather than FOXWOOD in proposed Findings 15 and 53 are the result of obvious typographical errors because FOXWOOD and FOXWOODS are so similar. The record is clear that Defendant has used FOXWOOD.COM for his objectionable activity, although he has also effected registrations of FOXWOODS.ORG and FOXWOODS.NET.

(a) Paragraph 43 is correct. The page which appears at PX-40-1 is the page which initially appeared upon entry of the URL FOXWOOD.COM. The message at the top of this page welcomes the person who may have inadvertently accessed FOXWOOD.COM instead of FOXWOODS.COM. The page PX-40-1 carries the advertising icons of Casino Rewards, Golden Tiger and the Strike It Lucky Casino.

1

The " Click Here" box linked to Blackjack Ballroom. Their homepages are respectively PX-44 (1-2), PX 42, PX-43 and PX-46. Presently it is believed that PX 41 and PX-45 were accessed from one of these other sites.

                                            THE MASHANTUCKET PEQUOT TRIBE

By _____
                                  Peter L. Costas
                                  ct04260
                                  PEPE & HAZARD LLP
                                  225 Asylum Street
                                  Hartford, Connecticut 06103
                                  (860) 241-2630

PLC/28411/653/744795v1
10/17/05-HRT/

## CERTIFICATE OF SERVICE

This is to certify that the foregoing document was served by first class mail, postage prepaid, upon Stephen P. McNamara, St. Onge, Steward, Johnston & Reens LLC, 986 Bedford Street, Stamford, Connecticut 06905.

Dated: October 17, 2005

_____
Peter L. Costas

PLC/28411/653/744795v1
10/17/05-HRT/