UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| THE MASHANTUCKET PEQUOT TRIBE,<br>    Plaintiff<br><br>v.<br><br>RAYMOND REDICAN, JR. d/b/a<br>CBNO FOXWOOD.COM (CIS),<br>    Defendant | :<br>:<br>:<br>:   CIVIL ACTION NO.<br>:   3:02-cv-1828 (JCH)<br>:<br>:<br>:<br>:   NOVEMBER 9, 2005 |

**ORDER**

The court hereby directs the Clerk to pay the reasonable expenses incurred by Attorney Stephen McNamara (who was appointed by this court to serve as <u>pro bono</u> counsel) as detailed in his letter of October 25, 2005, in the amounts of $3,605.70 and $367.36.

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 9th day of November, 2005.

/s/ Janet C. Hall
Janet C. Hall
United States District Judge