UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

MASHANTUCKET PEQUOT TRIBE                                          3:02CV1828JCH

v.

RAYMOND REDICAN, JR.

<u>JUDGMENT</u>

This case came on for consideration before the Honorable Janet C. Hall, United States District Judge, as a result of a bench trial.

After reviewing the papers and the evidence, on November 22, 2005, the Court issued a Memorandum of Decision in favor of the plaintiff, Mashantucket Pequot Tribe, on Counts 6 and 7, and for the defendant, Raymond Redican, Jr., on Counts 1,2,3,4, and 5.

The Court ORDERS Mr. Redican to assign the registration of the domain name Foxwood..com to Mashantucket upon the condition that Mashantucket compensate Redican for his out-of-pocket costs in obtaining and maintaining the registration and in assigning the registration. Mr. Redican is ordered to provide to Mashantucket with an itemized listing of those costs, with substantiation, by December 19, 2005. If he fails to do so, the registration shall transfer without any payment.

Therefore, it is ORDERED and ADJUDGED that judgment is entered and the case is closed.

Dated at Bridgeport this 16th day of December, 2005.

KEVIN F. ROWE, Clerk

By   /s/Catherine Boroskey
     Deputy Clerk

Entered on the docket_____