# PEPE&HAZARD LLP

A Business Law Firm

FILED

2006 JAN 17 P 12: 04

DISTRICT COURT

PETER L. COSTAS
Attorney At Law
‡Also Admitted in New York
Direct: 860.241.2630
pcostas@pepehazard.com

225 ASYLUM STREET
HARTFORD, CONNECTICUT  06103-4302
860/522-5175 FACSIMILE 860/522-2796
www.pepehazard.com

January 5, 2006

RECEIVED 2006 JAN -6  A 10: 02
CHAMBERS OF JANET C. HALL
U.S. DISTRICT JUDGE

EXPRESS MAIL

Honorable Janet C. Hall
United States District Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport CT  06604

Dear Judge Hall:

> The Mashantucket Pequot Tribe v. Raymond Redican
> Docket No. 3:02 CV 01828 (JCH)

In the Court's Memorandum of Decision dated November 21, 2005, the Court ordered that Defendant should provide Plaintiff with an itemized listing of his out of pocket costs in obtaining, maintaining and assigning the domain name registration for FOXWOOD.COM, and substantiation thereof, and that upon payment of those costs, the domain name should be transferred by Defendant to Plaintiff.  After receiving this Memorandum, counsel for the parties conferred, Attorney McNamara, counsel for Defendant, provided the undersigned counsel for Plaintiff with a calculation of fees paid to obtain and maintain the registration of the domain name FOXWOOD.COM by Mr. Redican.  A copy of his analysis is attached hereto as Exhibit A.

Attorney Costas also received a separate communication from Mr. Redican setting forth "costs" which Mr. Redican believed were included by the language of the judgment.  Copies of communications from Mr. Redican to Attorney Costas are attached hereto as Exhibits B-1 and B-2. Copies of Mr. Costas' communications are attached hereto as Exhibits C-1 and C-2.

Plaintiff is willing to accept the costs specified in Attorney McNamara's letter (Exhibit A) as the costs due in accordance with the Memorandum of Decision.  However, Mr. McNamara reports that Mr. Redican believes that he is entitled to his extensive "costs" and will not accept the fees specified in Mr. McNamara's letter as the only moneys he is due.  Accordingly, Mr. Redican will not transfer title to the registration.

PLC/28411/653/754814v1
01/05/06-HRT/

PEPE&HAZARD LLP

January 5, 2006
Page 2


Under the circumstances, it is believed that an order of the Court is needed (i) to establish the amount due Mr. Redican as a reimbursement of the registration fees and (ii) to direct Network Solutions, the registrar for the domain name registration, to transfer title to the registration to The Mashantucket Pequot Tribal Nation.

Counsel would welcome instructions from the Court as to how to effectuate the Court's decision.

Respectfully,

Peter L. Costas

PLC:jas
Enclosures
Cc:    Stephen P. McNamara, Esq.
       Wade Blackmon, Esq.

## St. Onge Steward Johnston & Reens LLC

986 Bedford Street
Stamford Connecticut 06905-5619
(203) 324 6155 ✆
(203) 327 1096 ☐
ssjr.com

December 19, 2005                    Via Email and First Class Mail

Peter L. Costas, Esq.
PEPE & HAZARD LLP
225 Asylum Street
Hartford, Connecticut 06103

     Re:    Mashantucket Pequots v. Redican
            Your File – 28411-653/MAPC
            SSJR File 3998-L0001A

Dear Peter:

In accordance with the Memorandum of Decision and Judgment I am providing you with the following statement of Mr. Redican's domain name expenses. I understand that he has already submitted to you directly a statement of expenses and the following is provided as an amplification of the costs of obtaining, maintaining and assigning the domain name registration.

The domain foxwood.com was acquired in May 1997 and is prepaid to May 2011. This is a 14 year period of registration. The domain name registrar is Network Solutions, LLC. Attached is the current a domain name pricing chart for Network Solutions LLC. The annual cost of the .com domain name registration is $34.99 per year, and less if multiple years are selected. However, I do not have any information about which time periods were selected. I believe that in the past, the domain name registration cost through Network Solutions was not less, and may have been greater than it is now. Therefore, it seems appropriate to use using the current $34.99 annual cost, which gives rise to a total of $489.86.

You will also recall that the Memorandum of decision indicates that Mr. Redican used "Global Communications Internetworking Corporation" who filed for the foxwood.com domain name registration at Network Solutions. I am not in possession of any documents as to the amounts paid to "Global Communications Internetworking Corporation for its services in this regard. However, in 1997, there were a number of companies offering such services. I believe that a typical price between of $100-$300 was charged in 1997; so the average would be about $200.

New York (212) 730 4554 ✆
New Haven (203) 562 0400 ✆



Peter L. Costas, Esq.
December 19, 2005
Page 2

Accordingly, as to the items mentioned above the total cost was about $489.86 plus $200, or a total of $689.86.

Very truly yours,

Stephen P. McNamara

SPM:cg
Encl.

Domain name registration packages available from Network Solutions

Page 1 of 2

# Network**Solutions**



## Domain Name Pricing Chart

**All Prices Listed Are Per Year - All Years Are Billed At Time Of Purchase**

| | 1 Year w/ Annual Hosting | 1 Year w/ Monthly Hosting | 1 Year | 2 Years | 3 Years | 5 Years | 10 Years | 100 ' |
|---|---|---|---|---|---|---|---|---|
| .COM | Free | $8.95 | $34.99 | $29.99 | $24.99 | $19.99 | $14.99 | $£ |
| .NET | Free | $8.95 | $34.99 | $29.99 | $24.99 | $19.99 | $14.99 | $£ |
| .ORG | Free | $8.95 | $34.99 | $29.99 | $24.99 | $19.99 | $14.99 | $£ |
| .BIZ | Free | $8.95 | $34.99 | $29.99 | $24.99 | $19.99 | $14.99 | $£ |
| .US | Free | $8.95 | $34.99 | $29.99 | $24.99 | $19.99 | $14.99 | $£ |
| .INFO | Free | $8.95 | $34.99 | $29.99 | $24.99 | $19.99 | $14.99 | $£ |
| .NAME | Free | $8.95 | $34.99 | $29.99 | $24.99 | $19.99 | $14.99 | $£ |
| .CC | $34.99 | $34.99 | $34.99 | $29.99 | $24.99 | $19.99 | $14.99 | $£ |
| .TV | $39.99 | $39.99 | $39.99 | $39.99 | $39.99 | $39.99 | $17.99 | ▶ |
| .TC | $34.99 | $34.99 | $34.99 | $29.99 | $24.99 | $19.99 | $39.99 | ▶ |
| .BZ | $34.99 | $34.99 | $34.99 | $29.99 | $24.99 | $19.99 | $14.99 | ▶ |
| .WS | $34.99 | $34.99 | $34.99 | $29.99 | $24.99 | $19.99 | $14.99 | ▶ |
| .GS | $34.99 | $34.99 | $34.99 | $29.99 | $24.99 | $19.99 | $14.99 | ▶ |
| .VG | $34.99 | $34.99 | $34.99 | $29.99 | $24.99 | $19.99 | $14.99 | ▶ |
| .MS | $34.99 | $34.99 | $34.99 | $29.99 | $24.99 | $19.99 | $14.99 | ▶ |
| .UK | N/A | N/A | N/A | $9.99 | $9.99 | $9.99 | $9.99 | ▶ |
| .DE | $14.99 | $14.99 | $14.99 | $14.99 | $14.99 | $14.99 | N/A | ▶ |
| .AT | $99.99 | $99.99 | $99.99 | $94.99 | $89.99 | $84.99 | N/A | ▶ |
| .BE | $29.99 | $29.99 | $29.99 | $24.99 | $19.99 | $17.99 | N/A | ▶ |
| .CN | $39.99 | $39.99 | $39.99 | $39.99 | $39.99 | $39.99 | N/A | ▶ |
| .TW | $49.99 | $49.99 | $49.99 | $49.99 | $49.99 | $49.99 | N/A | ▶ |
| .MX | N/A | N/A | N/A | $94.99 | $89.99 | $84.99 | $49.99 | ▶ |
| .NZ | $74.99 | $74.99 | $74.99 | $69.99 | $64.99 | $59.99 | N/A | ▶ |

View Order

\* 100 Year Domain Service - Network Solutions will register your domain name for the maximum term available at the unde
domain registry and then, as long as your domain is registered with us, we'll add additional years to that registration on an a

Domain name registration packages available from Network Solutions                    Page 2 of 2

basis for a total of 100 years of registration service from the date of your purchase. Service is non-transferable and non-refun
Full details

** For country specific domain names, the respective registry does not provide an initial registration term for the number of ye
shown. If you choose this term of service, Network Solutions will register your domain name for the maximum term available .
respective registry and then, as long as your domain name is registered with us, we'll add additional years to that registration
annual basis until you receive the total number of registration years selected. Payment for all years is due upon check-out. So
non-transferable and non-refundable.

**a Up to 10 years (All new registrations and renewals require 2 year minimum term)

**b Up to 5 years

**c Up to 5 years (Initial registration requires a 2 year minimum)



**Secure Your Site with an SSL Certificate**

© Copyright 2005 Network Solutions. All rights reserved.



**Costas, Peter**

| | |
|---|---|
| **From:** | first last [googlemcc@hotmail.com] |
| **Sent:** | Friday, December 16, 2005 4:52 PM |
| **To:** | Costas, Peter |
| **Cc:** | spm@ssjr.com |
| **Subject:** | this one Foxwood.com costs |



ray.doc (68 KB)

Peter Costas,

Peter Costas here is the list that the Judge ordered us to give to you. I am sending it to you because I do not want my attorney to miss anymore important deadlines. Just for the record I was not made aware of the Judges decision until December 8 2005 and have asked my attorney for an extension of time to file this list.

Would you be so kind as to confirm your receipt of this email communique.

Ray Redican Jr. (CIS)
CBNO FOXWOOD.COM (CIS)

Don't just search. Find. Check out the new MSN Search!
http://search.msn.click-url.com/go/onm00200636ave/direct/01/

1

Mashantucket,

## Affidavit Itemized Listing of FOXWOOD.COM Costs

*Upon $2 million compensation by Mashantucket Redican will assign the Foxwood.com registration to Plaintiff.*

Mashantucket originally sued me for $100,000 and 7 Federal charges which I won 5 of those charges valued at $71,428. The expenses of obtaining, maintaining and in assigning foxwood.com are below.

Please make 10% of the monies payable to: Red Cross Hurricane Relief Fund

**Web Designer -** The median expected salary for a typical Web Designer in Boston, MA is $67,5333 as of December 2005. Web pages that are custom designed cost ten of thousands of dollars according to webpedia.com

| REASONABLE EXPENSES 1997 - 2011 | |
| --- | --- |
| **OBTAINING ($3,003,750)** <br> • Owned until 2011 <br> • Adoption <br> • Business Plan $5,000 <br> • Cell Phone $8,600 <br> • Computer and peripherals $4,300 <br> • College Classes HTML and CGI Programming Professor Dave Cuto UMASS student loan interest $1,000 <br> • Desk Chair & Suppplies $700 <br> • Dialup, DSL, high-speed $3,600 <br> • Family Friends Associates financing $39,000 <br> • Food, clothing and shelter $5000 <br> • Furniture $700 <br> • Network Solutions $850 <br> • late fees $500 <br> • Rent Home Office $1000/mth $38,400 <br> • Software $500 <br> • Stocks certificates $2,800,000 <br> • Story Boarding $2,000 <br> • Transportation Dorene's Car wear and tear $40,000 car + upkeep | **MAINTAINING ($31,000)** <br> • Advertising <br>   ○ America On Line Time Warner Advertising Total:  $8,740 <br>   ○ Los Angeles Times Advertising $647.75 <br>   ○ Yahoo Advertising $4,740 <br>   ○ Microsoft Advertising $3,125 <br> • Appraisal of website without ecommerce $13,500 <br> • Assist in the maintenance of its family of web sites. <br> • Late fees <br> • Maintaining user profiles and personal information <br> • Shredding <br> • Family Friends Associates that paid for some of my bills. <br> • Listen carefully to feedback. <br> • Marketing campaigns <br> • Loss of Consortium <br> • Arbor Counseling psychiatrist Medicad/Medicare SSI Copayment Emotional Distress, Pain Suffering |

| | |
|---|---|
| • Web hosting services $3,600<br>• Web site Development $50,000 200 hours to develop and 50 hours each month maintaining. | Traumatic Brain Injuries Repetitive strain injuries |
| **ASSIGNING**<br>• Korea.com  A Sovereign country name.com.  Similar to Mashantucket $5,000,000<br>• Business development with other prospective buyers<br>• Business Reorganization<br>• Cashout<br>• Discharges<br>• Document destruction<br>• Guardianship<br>• Insurance against future litigation other law suits.  Fines.<br>• Modification<br>• Negligence<br>• non compete and severance package<br>• olive branch<br>• Purchase and sale agreement<br>• Settlement Value<br>• Offers in compromise $8 million / 2 people = $4 million / 2 domains (.org and .com) = $2 million.<br>• Restitution<br>• Workout | **FUTURE**<br>• Keyword Foxwood searched 4,667 in October 2005 on Overture.com at $0.11 per advertisers max bid.<br>• Annuity<br>• Predict future law precedent of which relief may be granted now on future retrospect of what may become. |

*http://dictionary.reference.com/search?q=costs*

*v.* **cost, cost·ing, costs** *v. intr.* To require a specified payment, expenditure, effort, or loss:

**costs** n : pecuniary reimbursement to the winning party for the expenses of litigation **costs** n : reimbursement to the winning party for the expenses of litigation

**pe·cu·ni·ar·y**   Of or relating to money: *a pecuniary loss; pecuniary motives.* Requiring payment of money: *a pecuniary offense.*

## Substantiation see attachments

**substantiation**

2

n 1: additional proof that something that was believed (some fact or hypothesis or theory) is correct; "fossils provided further confirmation of the evolutionary theory 2: the act of validating; finding or testing the truth of something.

$3,034,750 + goodwill in the domain ($2,000,000) = $5,000,000 similar price of another Soverign nation cost of $5,000,000 for KOREA.COM
Paula Saing Mike Whiting and Christopher Carron also had expenses associated with foxwood.com.

Out of pocket costs are incurred until 2011.  Plaintiff is gaining a valuable piece of real estate FOXWOOD.COM and me and my partners should be entitled to some of the monies they will make as a direct result of now being able to utilize this new web site which will may increase their traffic. More viewers equals more consumers.

While foxwood.com will allow plaintiff to profit it will cause economic harm to Mike Whiting, Chris Carron, Paula Saing and I.  By not having the site it will create a loss of income that we were use to.  Loss of Return on investment

Additional reasonable out of pocket costs should figure in an annuity over the next 5 years of for example $60,000 per year.  The Mashantucket's will be in existence for hundreds more years and if internet gambling (PlayAway) is allowed the amount of money they stand to make by this court's order is unimaginable. Royalties.

This is a true and correct copy of Ray Redican Jr's out of pocket expenses in Obtaining, maintaining the registration and in assigning the registration with substantiation that I hereby sign under the pains and penalties of perjury this 16th Day of December 2005.

_____

Ray Redican Jr.
CBNO FOXWOOD.COM (CIS)

3

The Walt Disney company, spent $70 million for 43 percent and effective control of Infoseek . In July NBC bought a 19 % position in snap, with $6 million of rescue money.

Excite began a purchasing binge that saw it shell out 8.8 million shares worth $217.5 million for 9 companies.

Netscape had deal in 1996 with Excite providing channel co-branding, programming, and ad sales on the Netcenter site, cost the company $86 million in cash plus warrants.

**USA TODAY Opt – in newsletters prove to be e-advertising' boon**
Permission based email enables businesses to create inexpensive advertising campaigns that offer a detailed measure of consumer response.

**USA TODAY Excite logs into business of e-greeting cards** BLUEMOUNTAIN.COM
9 million visitors.  The only money bluemountain.com has made came in the way of about $430 million in stock (or about 11 million shares) and $350 million in cash.  If the site gets heavy traffic during the holiday shopping season there may be an addiontal payment of up to $270 in stock.  Free greeting card service with no revenue stream.

**USA TODAY Dot-commers buy back start-ups at bargain prices**
**Buy.com** CEO Scott Blum last year paid $13 million to buy back control of the e-tailer he founeded in 1997. Blum sold 31% of Buy.com to Softbank for $120 million in October 1999.

A bankruptcy judge this month cleared the way for the founders of online photosite Webshots, who sold their company to Excite @Home in October 1999 for $82.5 million, to buy it back for $2.4 million.

**Zorba Lieberman, who sold his health car search engine Citizen 1 Software for** $13 million to CareData.com in June 1999, bought it back for $150,000 in November 2001.

**Lowell Sun Firm Sues over a Valuable property**
Wilmington concern claims Web site stole its name
Battle of the MVPs is under way companies fight for Web site name
$400,000 in damages

**Boston Business Journal (boston.bizjournals.com)**
Some companies spend as much as $50,000 per month to buy such visability according to iProspect, which advises clients on search-engine positioning.

**Lowell Sun Firm Sues over a Valuable property**
Wilmington concern claims Web site stole its name

4

Battle of the MVPs is under way companies fight for Web site name
$400,000 in damages


**Boston Business Journal (boston.bizjournals.com)**
Some companies spend as much as $50,000 per month to buy such visability according to
iProspect, which advises clients on search-engine positioning.

5

**Costas, Peter**

| | |
|---|---|
| **From:** | first last [googlemcc@hotmail.com] |
| **Sent:** | Tuesday, December 20, 2005 1:44 PM |
| **To:** | Costas, Peter |
| **Cc:** | spm@ssjr.com |
| **Subject:** | PCS and SPM |

Hi Peter,

Thanks for confirming my costs in obtaining maintainging and in transfering the foxwood.com site . My attorney did not advise me of the decision until I was at my primary care physicians office when I called him on December 8th 2005. I was very taken back and in aw that he did not advise me of this when he got it via the US Postal System. He said that he emailed me but I have not gotten one. I found out of the decision when I called him.

Peter so what do you want to do now? We can come to a reasonable agreement I believe we can appeal and right now I score it 5 to 2 we are winning and only have to explain 2 more charges. Lets work something out.

Steve's numbers are unrealistically low. the only reason we are in court is because of the manner in which it has been maintained not to your approval. There is more money numbers he and you may realistically think.


He obviously has no understanding of what the court ordered. …what is your understanding?

Peter I wanted to ask you for a favor being that if you have a copy of the Trial Transcript if you would be so kind as to send me a copy please.


Thank you for your time

Respectfully Submitted,

Ray Redican JR. (CIS)
978-987-8218


> From: "Costas, Peter" < PCOSTAS@PepeHazard.com >
> To: "McNamara, Stephen P." < SPM@ssjr.com >
> CC: "firstlast" < googlemcc@hotmail.com >
> Subject: RE: this one Foxwood.com costs
> Date: Fri, 16 Dec 2005 17:17:38 -0500
>
> Received call and email from Ray Redican who said he did not receive

> decision until December 8th. He obviously has no understanding of what
> the court ordered.
>
> -----Original Message-----
> From: first last [mailto:googlemcc@hotmail.com]
> Sent: Friday, December 16, 2005 4:52 PM
> To: Costas, Peter
> Cc: spm@ssjr.com
> Subject: this one Foxwood.com costs
>
>
> Peter Costas,
>
> Peter Costas here is the list that the Judge ordered us to give to you.
> I am sending it to you because I do not want my attorney to miss
> anymore important deadlines. Just for the record I was not made aware
> of the Judges
> decision until December 8 2005 and have asked my attorney for an
> extension
> of time to file this list.
>
> Would you be so kind as to confirm your receipt of this email
> communique.
>
> Ray Redican Jr. (CIS)
> CBNO FOXWOOD.COM (CIS)
>
> _____
> Don't just search. Find. Check out the new MSN Search!
> http://search.msn.click-url.com/go/onm00200636ave/direct/01/

_____
Express yourself instantly with MSN Messenger! Download today - it's FREE!
http://messenger.msn.click-url.com/go/onm00200471ave/direct/01/

# PEPE&HAZARD LLP

A Business Law Firm

225 ASYLUM STREET
HARTFORD, CONNECTICUT 06103-4302
860/522-5175 FACSIMILE 860/522-2796
www.pepehazard.com

PETER L. COSTAS
Attorney At Law
‡Also Admitted in New York
Direct: 860.241.2630
pcostas@pepehazard.com

December 19, 2005

*Via email and U.S. Mail*

Stephen P. McNamara, Esq.
St. Onge, Steward, Johnston & Reens LLC
986 Bedford Street
Stamford CT 06905

Dear Steve:

> Mashantucket v. Redican
> Our File – 28411-653/MAPC

On Friday I received a telephone call from Ray Redican who wanted to assure me that he was supplying the financial information required by the court's decision. In fact, he asked me to confirm that I had received it since apparently it had just been sent by email. When I saw what he had sent, I certainly did not want to engage in any conversation with him.

It is obvious that he does not understand that the only monies to be paid are the actual annual or bi-annual fees charged by the Registrars for initially obtaining the registration and thereafter for renewing the registration. In addition, there is a nominal fee to record a transfer of title for which we will reimburse him.

He said that he had not received a copy of the decision until December 8th.

Please call me after you have had an opportunity to review his email report so that we can discuss where we go from here.

Very truly yours,

Peter L. Costas

PLC:ljg
Attachment
Cc:    Wade Blackmon, Esq.

# PEPE&HAZARD LLP

LAW OFFICES

<u>PETER L. COSTAS</u>
Attorney At Law
‡Also Admitted in New York
Direct: 860.241.2630
pcostas@pepehazard.com

GOODWIN SQUARE
HARTFORD, CONNECTICUT 06103-4302
860/522-5175 FACSIMILE 860/522-2796
www.pepehazard.com

December 20, 2005

<u>CERTIFIED MAIL</u>

Mr. Raymond Redican, Jr.
PO Box 7381
Lowell MA 01852

Dear Mr. Redican:

Mashantucket v. Redican
Our File – 28411-653/MAPC

Under separate cover I am returning to you the collection of materials which you had sent to me. I have not reviewed them as I do not believe that they are relevant to the issue at hand.

Your letter to me dated December 20, 2005 indicates that I have confirmed your costs in obtaining, maintaining and transferring the FOXWOOD.COM site. I have not done so.

I am not going to advise you as to what you should or should not do, but you certainly have a different view of what the court ordered than I do and apparently than Mr. McNamara does.

Please do not e-mail or call me directly. You have excellent counsel appointed for you by the Court and ethical rules preclude me from engaging in any substantive discussions with you.

Very truly yours,

Peter L. Costas

PLC:jas
Enclosures
cc:    Wade Blackmon, Esq.

PLC/28411/653/753294v1
12/20/05-HRT/