IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED
2006 JAN 13 A 10: 07

US DISTRICT COURT

------------------------------------------------------------x
THE MASHANTUCKET PEQUOT TRIBE          :
                                        :
        Plaintiff                       :    CIVIL ACTION NO.
    v.                                  :    3:02 CV 1828 (JCH)
                                        :
RAYMOND R. REDICAN, JR. D/B/A CBNO      :
FOXWOOD.COM (CIS)                       :
                                        :    January 11, 2006
        Defendant                       :
                                        :
------------------------------------------------------------x

## NOTICE OF APPEAL
## TO THE COURT OF APPEALS FOR THE SECOND CIRCUIT

Defendant, Raymond R. Redican, Jr. d/b/a CBNO FOXWOOD.COM (CIS), pursuant to F.R.A.P. 4(a)(1), hereby gives notice and appeals to the United States Court of Appeals for the Second Circuit from the Final Judgment entered December 16, 2005.

The filing fee of $255.00 will be submitted within ten (10) days.

Respectfully submitted,

Raymond R. Redican, Jr.
Post Office Box 7381
Lowell, MA 01852
Tel. (978) 987-8218

*Pro se Defendant*

## CERTIFICATE OF SERVICE

This is to certify that a true copy of the foregoing

**NOTICE OF APPEAL**
TO THE COURT OF APPEALS FOR THE SECOND CIRCUIT

is being served on this date, by first class mail, postage prepaid, on the following counsel for Plaintiff:

Peter L. Costas
Pepe & Hazard LLP
225 Asylum Street
Hartford, Connecticut 06103

Date: 1/12/06

_____
Raymond Redican, Jr.
CBNO Foxwood.com (CD)