# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

FILED

2006 JAN 13  A 10: 07

U.S. DISTRICT COURT

---------------------------------------------------------------x

THE MASHANTUCKET PEQUOT TRIBE

        Plaintiff

v.

RAYMOND R. REDICAN, JR. D/B/A CBNO FOXWOOD.COM (CIS)

        Defendant

---------------------------------------------------------------x

CIVIL ACTION NO.
3:02 CV 1828 (JCH)

January 11, 2006

## MOTION FOR STAY OF ORDER OF TRANSFER PENDING APPEAL

Defendant, Raymond Redican, Jr. d/b/a CBNO FOXWOOD.COM (CIS), hereby gives notice and appeals to the United States Court of Appeals for the Second Circuit for a Motion for Stay of Order of FOXWOOD.COM Transfer Pending Appeal.

Respectfully submitted,

*[signature]* 1/11/06

Raymond R. Redican, Jr.
Post Office Box 7381
Lowell, MA 01852
Tel. (978) 987-8218

*Pro se Defendant*

CBNO foxwood.com (CIS)

## CERTIFICATE OF SERVICE

This is to certify that a true copy of the foregoing

**MOTION FOR STAY OF ORDER OF TRANSFER PENDING APPEAL**

is being served on this date, by first class mail, postage prepaid, on the following counsel for Plaintiff:

Peter L. Costas
Pepe & Hazard LLP
225 Asylum Street
Hartford, Connecticut 06103

Date: 1/11/06

_____
Raymond R. Redican, Jr.

CBNofoxwoo.com (CIS)

- 2 -