UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| THE MASHANTUCKET PEQUOT TRIBE, : <br> Plaintiff : <br> : <br> v. : <br> : <br> RAYMOND REDICAN, JR. d/b/a : <br> CBNO FOXWOOD.COM (CIS), : <br> Defendant : | CIVIL ACTION NO. <br> 3:02-cv-1828 (JCH) <br><br><br> JANUARY 18, 2006 |

**ORDER**

Having been advised that the defendant has to date not transferred the domain name Foxwood.com as ordered by this court (Dkt. No. 101) on November 22, 2005, the court hereby orders the defendant to show cause why:

1. A payment to him of $689.86 (as detailed in Attorney Costa's letter of January 5, 2006 (Dkt. No. 104 at Exh. A (letter of Attorney McNamara)) would not satisfy the condition set by the court in its Memorandum of Decision at page 23;

2. The court should not order the transfer without payment or agreement of Redican; and

3. The defendant, Raymond Redican, ought not to be held in contempt for failure to obey this court's Order. (See Attachment C to letter of Attorney Costas dated January 5, 2006).

Defendant is ordered to respond in writing to this Order on or before **February 1, 2006**. Failure to do so will result in an order of transfer of the domain name on February 2, 2006 with reimbursement, and a likely finding of contempt with attendant penalties.

If Attorney Stephen McNamara wishes to withdraw his appearance with the agreement of the defendant, so that the defendant may file his own response pro se and not through counsel, Attorney McNamara should file a Motion to Withdraw with some evidence (an email will suffice) that the defendant requests his withdrawal. Otherwise, the defendant is advised that he is represented by counsel and cannot file his own pleadings. If he persists, the court will strike any such pleadings.

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 18th day of January, 2006.

/s/ Janet C. Hall
Janet C. Hall
United States District Judge