IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

---------------------------------------------------------------x
                                                               :
THE MASHANTUCKET PEQUOT TRIBE                                  :
                                                               :   CIVIL ACTION NO.
          Plaintiff                                            :   3:02 CV 1828 (JCH)
   v.                                                          :
                                                               :
RAYMOND REDICAN, JR. D/B/A CBNO                                :
FOXWOOD.COM (CIS)                                              :
                                                               :   January 30, 2006
          Defendant.                                           :
                                                               :
---------------------------------------------------------------x

### RESPONSE OF STEPHEN P. MCNAMARA
### TO ORDER TO SHOW CAUSE

Stephen P. McNamara, Attorney of Record for Defendant, Raymond Redican, Jr. d/b/a CBNO FOXWOOD.COM (CIS), responds to the Order to show cause dated January 18, 2006 (Dkt No. 108) and states and requests as follows.

   (1)   Notice of Appeal

Local Rule 83.10(h) defines the duration of pro bono representation as follows:

**(h) Duration of Representation**
   1. An appointed attorney shall represent the party in the trial court from the date he or she enters an appearance until he or she has been relieved from appointment by the Court or *until a final judgment is entered in the District Court*.

   2. If the party desires to take an appeal from a final judgment or appealable interlocutory order, or if such judgment or order is appealed by another party, or if the matter is remanded to an administrative forum, the appointed attorney is encouraged but not required to represent the party on the appeal, and in any proceeding, judicial or administrative, which may ensue upon an order of remand.

    3. Where the appointed attorney elects not to represent the party on an appeal or in a proceeding upon remand, the attorney shall advise the party of all required steps to be taken in perfecting the appeal or appearing in the proceeding on remand. Upon request of the pro se party the attorney shall file the notice of appeal. The trial Judge may thereafter, upon the request of the party, appoint another attorney from the Panel to represent the party on such appeal or further proceeding, in accordance with the provisions of this Rule.

    A final judgment entered in this action on December 16, 2005. At that time I concluded that I was unable to represent Mr. Redican in connection with his appeal of the final judgment. Therefore, in accordance with Local Rule 83.10(h) I prepared a Notice of Appeal in the above matter and transmitted it to Mr. Redican by email. I also provided him with access to the Second Circuit materials regarding proceeding with an appeal available at the URL **http://www.ca2.uscourts.gov/Docs/Forms/civpack.pdf** on Dec. 19, 2005.

    Mr. Redican duly executed and filed the Notice of Appeal with the Court on January 13, 2005 as Docket No. 105. As this filing was made by Mr. Redican, pro se, but in accordance with Local Rule 83.10(h), I respectfully request the Court not to strike the Notice of Appeal filed in the case by Mr. Redican as a pro se party.

    If the Court intends to strike the filing, I would respectfully request the Court to treat the notice of Appeal as if filed by me and I ratify and adopt the filing made by Ray Redican and ask the Court to treat it as if it had been executed by me.

    (2)   <u>Motion To Stay</u>

    Mr. Redican has previously filed a Motion To Stay execution of an order transferring the foxwood.com domain name. I ratify and re-submit that motion in the

form of the accompanying motion to stay judgment pending appeal. I request that the prior filing not be stricken.

(3)  Effective Date of Memorandum of Decision
and Request For Extension of Time

Electronic transmission of documents is an accepted procedure in this time and place, however, it can cause problems. In this case, the Court's Memorandum of Decision was issued by an email notification (Exhibit B) on November 23, 2006, in the afternoon before Thanksgiving, which is reproduced below:

### U.S. District Court

### District of Connecticut

Notice of Electronic Filing

The following transaction was received from Candee, D. entered on 11/23/2005 at 2:42 PM EST and filed on 11/22/2005
**Case Name:**          Mashantucket Pequot v. Redican
**Case Number:**        3:02-cv-1828
**Filer:**
**Document Number:**    101

**Docket Text:**
ORDER granting in part [92] Motion for Relief, granting [97] Motion for Reconsideration, and upon reconsideration court adheres to its previous ruling. Signed by Judge Janet C. Hall on 11/21/05. (Candee, D.)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1034868047 [Date=11/23/2005] [FileNumber=723997-0
] [61fa9fc98f8d46e4bec529b856a0aaee131c52fe7742c1e3cb18c3bbfffd0c11e1e
96d76620128fcf7f85673afd9bb09179783c1e9ace7bdd5e54f141fa9f165]]

- 3 -

**3:02-cv-1828 Notice will be electronically mailed to:**
Peter L. Costas    pcostas@pepehazard.com,
Stephen P. McNamara    spm@ssjr.com, cac@ssjr.com
**3:02-cv-1828 Notice will be delivered by other means to:"**

Unfortunately, this notice did not identify the item as the Memorandum of Decision regarding the trial. The docket text only identified an order indicating that the court had decided not to grant the relief requested in docket nos. 92 and 97. Eventually, I took a closer look at the order on November 26 while working at home on the Saturday after Thanksgiving, and realized that the Court had issued the Memorandum of Decision. I immediately sent a copy of the Memorandum to Mr. Redican by email on November 26, 2005. However, he did not receive that email. He called me on December 8, 2005 to inquire of the status of a decision, at which time I informed him of the Memorandum of Decision, and sent him copies again by email; I also sent him the Memorandum of Decision by postal mail for the first time on December 8, 2005. Accordingly, Mr. Redican did not receive the Memorandum of Decision until December 8, 2005.

Accordingly, on behalf of Mr. Redican, I move, nunc pro tunc, for an extension of time to file motions for reconsideration or other motions related to the Memorandum of Decision, such that the due date for any such motions be measured from the December 8, 2005 date he received actual notice of the Memorandum of Decision.

### (4) Request for Leave To Withdraw from Representation

In accordance with Local Rule 83.10(h), and due to my current workload on other matters, I respectfully request leave to withdraw from representation of Mr. Redican in this case as it proceeds to appeal.

Although this case would normally be complete in view of the entry of judgment, there are several pending issues to be resolved, including the Court's Order to Show Cause, and the Motion For Stay of Judgment. I am willing to continue to represent Mr. Redican in the District Court as long as he desires in connection with these matters.

However, I have substantial disagreement with Mr. Redican regarding his expressed intentions regarding further motions and other proceedings to be taken in this case and I am not prepared to proceed with filings as requested by him. Mr. Redican has indicated his willingness to have me withdraw from the matter if I am unwilling to pursue the motions he has proposed.

Accordingly, I request that I be relieved from further representation of Mr. Redican in this case.

### (5) Request for Appointment of Successor Counsel

In accordance with Local Rule 83.10(h) Mr. Redican requests the appointment of a successor *pro bono* counsel to represent him in connection with his appeal of the judgment, and any further proceedings in this action.

Respectfully submitted,

_____
Stephen P. McNamara, ct01220
ST. ONGE STEWARD JOHNSTON & REENS LLC
986 Bedford Street
Stamford, Connecticut 06905-5619
Phone: (203) 324-6155
Fax: (203) 327-1096

- 6 -

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing:

**RESPONSE OF STEPHEN P. MCNAMARA
TO ORDER TO SHOW CAUSE**

is being served on all counsel of record, on this date, by first class mail, postage prepaid, by depositing the same with the United States Postal Service in envelopes addressed to:

Peter L. Costas
Pepe & Hazard LLP
225 Asylum Street
Hartford, Connecticut 06130

And

Raymond Redican, Jr.
D/B/A CBNO FOXWOOD.COM (CIS)
P.O. Box 7381
Lowell, MA 01852

31 Jan. 2006
_____          _____
Date                              Stephen P. McNamara