# UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CT 06604

KEVIN F. ROWE
CLERK

TEL. NO. 579-5861
(AREA CODE 203)

VICTORIA C. MINOR
CHIEF DEPUTY CLERK

CHRYSTINE CODY
DEPUTY-IN-CHARGE
BRIDGEPORT

January 5, 2006

Stephen McNamara
St. Onge, Steward, Johnston & Reens
986 Bedford St.
Stamford, CT 06905-5619

Re: 3:02cv1828JCH
MASHANUCKET v REDICAN

Dear Counselor:

Inasmuch as the above-entitled case has been disposed of in this court, I am returning the following exhibits to you;

**Defendant's exhibits - Marked originals, originals not used and extra copy in binder.**

Please sign and return a copy of this letter.

Kevin F. Rowe, Clerk

By _____
Deputy Clerk

Acknowledged receipt: _____   Date: 2/2/06