UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| THE MASHANTUCKET PEQUOT TRIBE, :<br>    Plaintiff : <br> : <br> v. : <br> : <br> RAYMOND REDICAN, JR. d/b/a : <br> CBNO FOXWOOD.COM (CIS), : <br>    Defendant : | CIVIL ACTION NO.<br>3:02-cv-1828 (JCH)<br><br><br><br>FEBRUARY 15, 2006 |

### RULING

Attorney Stephen McNamara's request to be relieved from representing the defendant pro bono is granted, with the gratitude of the court for his representation of defendant to date.

The request to appoint replacement counsel is denied. Defendant, Raymond Redican, is now proceeding pro se.

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 15th day of February, 2006.


/s/ Janet C. Hall
Janet C. Hall
United States District Judge