IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

------------------------------------------------------------x

THE MASHANTUCKET PEQUOT TRIBE

   Plaintiff

v.

RAYMOND REDICAN, JR. D/B/A CBNO
FOXWOOD.COM (CIS)

   Defendant.

CIVIL ACTION NO.
3:02 CV 1828 (JCH)


February 9, 2006

------------------------------------------------------------x

**Rule 52 (b) Motion Requesting Additional Factual Findings**

  Raymond Redican d/b/a CBNO FOXWOOD.COM (CIS) owner of the domain in question is disappointed and as such is filing this Rule 52 (b) motion requesting additional factual findings before asking on appeal for a ruling that the Polaroid findings are incomplete. It is incumbent upon the district Judge to engage in a deliberate review of each factor, and, if a factor is inapplicable to a case, to explain why. New Kayak Pool Corp. V. R & P Pools, Inc., 246 F. 3d 183, 185 (2d Cir. 2001) (quoting Arrow Fastener Co. v. Stanley Works, 59 F. 3d 384, 400 (2d Cir. 1995)); see also Thompson Med. Co. v. Pfizer Inc., 753 F.2d 208, 214 (2d Cir. 1985) ("[T]he complexities attendant to an accurate assessment of likelihood of confusion require that the entire panoply of elements constituting the relevant factual landscape be comprehensively examined.").

    This requirement has a sound basis:

      The steady application of Polaroid is critical. For it is only when

      the Polaroid factors are applied consistently and clearly over time that the

      relevant distinctions between different factual configurations can emerge.

Litigants are entitled to the illumination and guidance this common-law process affords, and appellate courts depend on it for the performance of their assigned task of review.

Respectfully submitted,

Raymond Redican, Jr.
CBNO FOXWOOD.COM (CIS)
Post Office Box 7381
Lowell, MA 01852 USA
Tel. (978) 987-8218

*Pro se Defendant*

## CERTIFICATE OF SERVICE

This is to certify that a true copy of the foregoing

**Rule 52 (b) Motion Requesting Additional Factual Findings**

is being served on this date, by first class mail, postage prepaid, on the following counsel for Plaintiff :

Peter L. Costas
Pepe & Hazard LLP
225 Asylum Street
Hartford, Connecticut 0613

Date: 2/9/06

Raymond Redican, Jr.
CBNO FOXWOOD.COM (CIS)