IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

---------------------------------------------------------------x
                                              :
THE MASHANTUCKET PEQUOT TRIBE                 :
                                              :    CIVIL ACTION NO.
          Plaintiff                           :    3:02 CV 1828 (JCH)
     v.                                       :
                                              :
RAYMOND REDICAN, JR. D/B/A CBNO               :
FOXWOOD.COM (CIS)                             :
                                              :    February 22, 2006
          Defendant.                          :
                                              :
---------------------------------------------------------------x

### REPLY TO OPPOSITION TO MOTION FOR STAY OF ORDER TRANSFERRING DOMAIN NAME PENDING APPEAL

Defendant, Raymond Redican, Jr. d/b/a CBNO FOXWOOD.COM (CIS), hereby replies to the Opposition of Plaintiff to his motion for a Stay of the Order that he assign the registration of the domain name foxwood.com upon payment of his out of pocket costs in obtaining and maintaining the registration and in assigning the registration.

Plaintiff has not shown any valid reason why it has chosen not to tender payment to Mr. Redican. Mr. Redican has provided a substantial amount of information about costs of obtaining and keeping up the domain name and the website, but Plaintiff has not made the ordered payment to Mr. Redican.

As already noted, issuance of a stay will not injure Plaintiff; there is no ongoing damage to Plaintiff by allowing Mr. Redican to maintain the *foxwood.com* domain during

the pendency of the appeal; however, Mr. Redican will lose one of his few sources of income.

The Court should order a Stay of the Order requiring that defendant assign the registration of the domain name *foxwood.com* upon payment of his out of pocket costs.

Respectfully submitted,

Stephen P. McNamara, ct01220
ST. ONGE STEWARD JOHNSTON & REENS LLC
986 Bedford Street
Stamford, Connecticut 06905-5619
Phone: (203) 324-6155
Fax: (203) 327-1096

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing:

**REPLY TO OPPOSITION TO MOTION FOR STAY OF ORDER TRANSFERRING DOMAIN NAME PENDING APPEAL**

is being served on all counsel of record, on this date, by first class mail, postage prepaid, by depositing the same with the United States Postal Service in envelopes addressed to:

Peter L. Costas
Pepe & Hazard LLP
225 Asylum Street
Hartford, Connecticut 06103

And

Raymond Redican, Jr.
D/B/A CBNO FOXWOOD.COM (CIS)
P.O. Box 7381
Lowell, MA 01852

_Feb. 22, 2006_
Date

_____
Stephen P. McNamara