# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

**APPEARANCE**



FILED
2006 MAR -3 P 12:30

CASE NUMBER: 3:02rcv1828 JCH

To the Clerk of this court and all parties of record:

Mashantucket Pequot
Plaintiff - Appellee

Enter my appearance as counsel in this case for:

CBNO Foxwood.com (CIS)
RAY Redican JR
Defendant - Appellant

**Date:** 02-27-06

**Signature:** Raymond R. Redican JR.

**Print Clearly or Type Name:** Raymond R. Redican JR.

**Connecticut Federal Bar Number:** N/A

**Telephone Number:** 978-987-8218

**Address:** PO Box 7381
Lowell MA 01852 USA
CBNO Foxwood.com (CIS)

**Fax Number:** N/A

**E-mail address:**

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Mashantucket Pequot Tribe
Plaintiff - Appellee

Peter L. Costas
Goodwin Sq 225 Asylum St
Hartford, CT 06103

~~Raymond~~
Clerk US Dist. Court
915 Lafayette Blvd
Bridgeport, CT

**Signature:** Raymond Redican JR. 2/27/06

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001