IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| THE MASHANTUCKET PEQUOT TRIBE )<br>)<br>Plaintiff )<br>)<br>)<br>)<br>v. )<br>)<br>RAYMOND REDICAN, JR. )<br>D/B/A CBNO FOXWOOD.COM (CIS) )<br>)<br>Defendant ) | CIVIL ACTION NO.<br>3:02 CV 1828 (JCH)<br><br><br><br>March 7, 2006 |

**PLAINTIFF/APPELLEE'S RESPONSE TO**
**DEFENDANT/APPELLANT'S MOTION TO AMEND (DOCKET NO. 118)**

In view of the Court's Ruling dated March 2, 2006 with respect to Defendant/Appellant's motion entitled "Rule 52(b) Motion Requesting Additional Factual Findings" (Docket No. 118), Plaintiff/Appellee is filing no response.

THE MASHANTUCKET PEQUOT TRIBE

By _____
Peter L. Costas
ct04260
PEPE & HAZARD LLP
225 Asylum Street
Hartford, Connecticut 06103
(860) 241-2630

## CERTIFICATE OF SERVICE

This is to certify that the foregoing document was served by E-mail and by first class mail, postage prepaid, upon Raymond Redican, Jr., D/B/A CBNO Foxwood.Com (CIS), P.O. Box 7381, Lowell, Massachusetts 01852.

Dated: March 7, 2006

_____
Peter L. Costas