IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| THE MASHANTUCKET PEQUOT TRIBE )<br>)<br>Plaintiff )<br>)<br>) CIVIL ACTION NO.<br>) 3:02 CV 1828 (JCH)<br>v. )<br>)<br>RAYMOND REDICAN, JR. )<br>D/B/A CBNO FOXWOOD.COM (CIS) )<br>) April 4, 2006<br>Defendant ) | |

**PLAINTIFF'S COMPLIANCE WITH**
**COURT ORDER OF MARCH 15, 2006**

Plaintiff has complied with the Court's Order of March 15, 2006 calling for delivery to Defendant of $689.96.

Before Plaintiff's counsel was aware of the Order, Defendant contacted Plaintiff's office to request that the payment be made immediately. Since this was being done after banking hours, a regular firm check was issued.

Defendant was unwilling to provide a street address to allow overnight courier service by Federal Express, and he required that the payment be sent to his post office box. This was done by Express Mail, Return Receipt Requested.

The check has cleared as shown in the photoprint of Exhibit A.

Attached as Exhibit B is a photocopy of the Express Mail Receipt signed by Defendant.

Attached as Exhibit C is correspondence received from Defendant indicating his conditional acceptance of the payment.

Plaintiff's counsel will forward to Network Solution a copy of the Court's order and other documents to request transfer of the FOXWOOD.COM domain name.

                                  THE MASHANTUCKET PEQUOT TRIBE

                                  By _____
                                       Peter L. Costas
                                       ct04260
                                       PEPE & HAZARD LLP
                                       225 Asylum Street
                                       Hartford, Connecticut 06103
                                       (860) 241-2630

## CERTIFICATE OF SERVICE

This is to certify that the foregoing document was served by E-mail and by first class mail, postage prepaid, upon Raymond Redican, Jr., D/B/A CBNO Foxwood.Com (CIS), P.O. Box 7381, Lowell, Massachusetts 01852.

Dated: April 4, 2006

_____
Peter L. Costas

# Merrill Lynch - Check Image

Check #:   Date Cleared:   Amount:

83077      03/27/2006      689.86







UNITED STATES POSTAL SERVICE

MIDDLESEX-ESSEX MA 018 2 T

• Print your name, address, and ZIP Code in this box •

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

MAR 2 7 2006

**PETER L. COSTAS**
**PEPE & HAZARD LLP**
225 ASYLUM STREET
HARTFORD, CT 06103-4302

MAPC_6518

*Accepted as Down Payment not Full Payment*

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write *"Return Receipt Requested"* on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery
Consult postmaster for fee.

3. Article Addressed to:
Raymond Redican, JR
D/B/A CGND Foxwood.com (CIS)
PO Box 7381
Lowell MA 01852

4a. Article Number:
EV30??5?92US

4b. Service Type
☐ Registered        ☒ Certified
☒ Express Mail      ☐ Insured
☐ Return Receipt for Merchandise  ☐ COD

7. Date of Delivery: 3-23-06

5. Received By: (Print Name)
Ray Redican Jr

6. Signature: (Addressee or Agent)
X [signature] *Accepted as Down Payment not Full Payment*

PS Form **3811**, December 1994                                Domestic Return Receipt

# PEPE & HAZARD LLP

225 ASYLUM STREET
HARTFORD, CONNECTICUT 06103-4302
860/522-5175 FACSIMILE 860/522-2796
www.pepehazard.com

PETER L. COSTAS
Attorney At Law
‡Also Admitted in New York
Direct: 860.241.2630
pcostas@pepehazard.com

March 22, 2006

EXPRESS MAIL

Mr. Raymond Redican, Jr.
D/B/A CBNO Foxwood.com (CIS)
PO Box 7381
Lowell MA 01852

Dear Mr. Redican:

      Mashantucket v. Redican et al
      Our File -- 28411-653/MAPC

  Pursuant to the Court's Order of March 15, 2006, I am enclosing herewith our check payable to you in the amount of $689.86.

  Would you please acknowledge receipt by signing and returning the duplicate copy of this letter by Federal Express using our Account No. 1064-7660-8.

            Very truly yours,

            Peter L. Costas

PLC:jas
Enclosure
Cc: Wade Blackmon, Esq.

Please acknowledge receipt of instructions by returning this copy of letter.
Date Received 3/23/06

*Accepted as down payment, not as full payment owed.*
Raym Redican 3/23/06

PLC/28411/653/764581v1
03/22/06-HRT/