UNITED STATES DISCRICT COURT BRIDGEPORT, CT

RECEIVED
2006 APR 17 A 10: 23
CHAMBERS JANET C. HALL
U.S. DISTRICT JUDGE

**Mashantucket Pequot**

v.

**Ray Redican Jr. D/B/A CBNO FOXWOOD.COM (CIS)**

3:02-cv-1828(JCH)

April 11, 2006

Hon. Janet C. Hall,

To date Plaintiff has not tendered payment to Defendant as ordered by you.

Stephen P. McNamara never had my permission and was explicitly instructed in front of two (2) witnesses that he was not to submit his absurdly, damaging, self-created unrealistic nearly $700 number regarding the costs associated with obtaining, maintaining and in assigning the domain name through 2011 **while in the process of being discharged**. Reason may show that Stephen P. McNamara requested discharge from Federal Court Appointed status in response to Redican speaking and emailing McNamara about filing an Insufficient Service of Counsel Motion against him. McNamara did little more than what Redican instructed him to do and what he did do on his own may have been more damaging to the case then it would have been without him. There is a motion pending cited in the accompanying letter.

Respectfully Submitted,

*[signature]* Raymond R. Redican JR.    4/12/06

Raymond R. Redican JR. (CIS), Pro Se
CBNO FOXWOOD.COM (CIS)
PO BOX 7381
Lowell, MA 01852

978-987-8218

UNITED STATES DISCRICT COURT BRIDGEPORT, CT

**Mashantucket Pequot**                    3:02-cv-1828(JCH)

v.

**Ray Redican Jr. D/B/A CBNO**
**FOXWOOD.COM (CIS)**                    April 11, 2006

Hon. Janet C. Hall,

Monday April 10, 2006 I spoke to my recently discharged attorney Stephen P. McNamara and Bridgeport Clerk Cheryl Conte about the status of a **motion** filed in Feb. 2006 called **Response of Stephen P. McNamara…** . That motion specifically allows you the ability to grant my request of being able to submit documents in response to your rulings of what you say I have failed to prove, show or produce for you and the Court. Most importantly I am concerned since you partially ruled on that motion that you may have also partially *not* ruled thereby leaving the part requesting whether or not I can submit certain documents to you undecided.

You have ruled in my favor on five out of seven charges. I respectfully request the chance to respond to your statements about me that may have temporarily prevented you from ruling in my favor on the other two.

Respectfully Submitted,

_____                    4/12/06
Raymond R. Redican JR. (CIS), Pro Se
CBNO FOXWOOD.COM (CIS)
PO BOX 7381
Lowell, MA 01852

978-987-8218