IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

------------------------------------------------------------x

THE MASHANTUCKET PEQUOT TRIBE

      Plaintiff

v.

RAYMOND REDICAN, JR. D/B/A CBNO
FOXWOOD.COM (CIS)

      Defendant.

CIVIL ACTION NO.
3:02 CV 1828 (JCH)

June 16, 2006

------------------------------------------------------------x

## MOTION FOR RE-TRANSFER OF TITLE TO DOMAIN NAME

Defendant, CBNO FOXWOOD.COM (CIS) (Raymond Redican, Jr.), moves for a re-transfer of the domain name FOXWOOD.COM back to him.

Network Solutions has transferred the domain name *foxwood.com* to "Foxwoods Resort Casino." See the "whois" record attached as Exhibit B. The domain name *foxwood.com* should not have been transferred by Network Solutions to "Foxwoods Resort Casino" for at least two reasons:

(1) Plaintiff MPT did not send a check to the correct person as required by the Court's order;

(2) Network Solutions transferred the domain name to "Foxwoods Resort Casino", which is not what the order says.

## MPT did Not Make the Required Payment

The Order of March 15, 2006 (Document 122) at page 2 says that transfer will be made within 10 days of plaintiff providing evidence of tender of a bank check to "Raymond Redican, Jr. d/b/a/ CBNO FOXWOOD.COM (CIS)."

MPT sent a check payable to "Raymond Redican, Jr.", not "Raymond Redican, Jr. d/b/a/ CBNO FOXWOOD.COM (CIS)." That check was deposited by defendant, but only as a downpayment on the full amount owed. See Exhibit A.

Since MPT's payment did not follow the requirements of the Court's Order, Network Solutions should not have transferred the domain name.

## "Foxwoods Resort Casino" Is Not Part of This Lawsuit

The domain name *foxwood.com* has been transferred to Foxwoods Resort Casino. That is not what the Order of March 15, 2006 (Document 122) at page 2 says Network Solutions should do. The Order says that the domain name *foxwood.com* should be transferred to Mashantucket Pequot Tribal Nation. The domain has been transferred to a person who is not part of this lawsuit. Since the casino is not a party to the lawsuit and if Redican is successful in his appeal, there may be no way to retrieve the domain name if "Foxwoods Resort Casino" has control of the domain name registration.

## Conclusion

MPT did not follow the requirements of this Court's Order of March 15, 2006 (Document 122). The domain name *foxwood.com* should not have been transferred

arbitrarily to Foxwoods Resort Casino by Network Solutions when the Court's requirements for transfer of the domain name were not followed. The Court should enter a new order requiring that Network Solutions re-transfer the domain name back to Redican.

    Respectfully submitted,

    _Raymond R Redican Jr_
    Raymond R. Redican, Jr. (CIS), Pro Se
    CBNO FOXWOOD.COM (CIS)
    PO Box 7381
    Lowell, MA 01852
    978-987-8218

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing:

**MOTION FOR RE-TRANSFER OF TITLE TO DOMAIN NAME**

is being served on all counsel of record, on this date, by first class mail, postage prepaid, by depositing the same with the United States Postal Service in envelopes addressed to:

Peter L. Costas
Pepe & Hazard LLP
225 Asylum Street
Hartford, Connecticut 06103

_6-16-06_
Date

_Raymond R. Redican_
Raymond R. Redican, Jr.

## EXHIBIT A



*Accepted as down payment not full payment*

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery

Consult postmaster for fee.

3. Article Addressed to:
Raymond Redican, JR
D/B/A COND Foxwood.com (US)
PO BOX 7381
Lowell MA 01852

4a. Article Number: E1730...

4b. Service Type:
☐ Registered  ☒ Certified
☒ Express Mail  ☐ Insured
☐ Return Receipt for Merchandise  ☐ COD

7. Date of Delivery: 3-23-06

5. Received By: (Print Name)
Ray Redican Jr

6. Signature (Addressee or Agent)
X _____ Accepted as Down Payment not Full Payment

PS Form 3811, December 1994    Domestic Return Receipt

8. Addressee's Address (Only if requested and fee is paid)

- 6 -

# EXHIBIT B



**WHOIS Search Results**

WANT A DOMAIN NAME THAT'S ALREADY REGISTERED?
Use our Backorder service
to get that name as soon as it expires.    » TRY IT NOW

**SEARCH AGAIN**

Enter a search term:

e.g. networksolutions.com

**WHOIS Record For**

foxwood.com



Certified Offer Service - Make an offer on this domain
Private Registration - Make personal information for this domain private
SSL Certificates - Make this site secure
Site Confirm Seals - Become a trusted Web Site

Search by:
- ⊙ Domain Name
- ○ NIC Handle
- ○ IP Address

Search »

**Registrant:**    Make this info private
Foxwoods Resort Casino
P.O. Box 3125
Mashantucket, CT 06338
US

**Domain Name:** FOXWOOD.COM

**Administrative Contact , Technical Contact :**
Foxwoods Resort Casino
mpaoloni@foxwoods.com
P.O. Box 3125
Mashantucket, CT 06338
US
Phone: (860) 396-3037

Record expires on 23-May-2011
Record created on 22-May-1997
Database last updated on 13-Apr-2006

**Domain servers in listed order:**    Manage DNS

NS1.MPTN.ORG        65.114.186.12
NS2.MPTN.ORG        65.114.186.9

Show underlying registry data for this record

| | |
|---|---|
| Current Registrar: | NETWORK SOLUTIONS, LLC. |
| IP Address: | 65.114.186.17 (ARIN & RIPE IP search) |
| IP Location: | US(UNITED STATES)-CONNECTICUT-LEDYARD |
| Record Type: | Domain Name |
| Server Type: | Apache 1 |
| Lock Status: | REGISTRAR-LOCK |
| Web Site Status: | Active |
| DMOZ | no listings |
| Y! Directory: | see listings |
| Web Site Title: | Home Page |
| Secure: | No |
| E-commerce: | Yes |
| Traffic Ranking: | 2 |
| Data as of: | 05-Apr-2006 |



