

D. Conn
02-cv-1828
Hall, J.

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 24th day of August, two thousand and six

Present:

Hon.  José A. Cabranes,
Hon.  Robert D. Sack,
Hon.  Peter W. Hall,
*Circuit Judges.*



---

Mashantucket Pequot Tribe,

              Plaintiff-Appellee,

        v.                                          06-0280-cv

Raymond Redican, Jr.,

              Defendant-Appellant.

---

Appellant, *pro se,* moves for a stay of the district court order directing him to transfer the Internet domain registration "FOXWOOD.COM" to Appellee.  Appellant also moves for appointment of counsel, to correct the caption, and for declaratory judgment and injunctive relief pursuant to 15 U.S.C. § 1114(2)(D)(v).  After due consideration, it is hereby ORDERED that the motion for a stay is DENIED as moot because the transfer ordered by the district court has already occurred.  It is FURTHER ORDERED that Appellant's motion for declaratory and injunctive relief is DENIED because § 1114(2)(D)(v) states that the individual seeking such relief must do so by "fil[ing] a civil action."  Finally, Appellant's motions for appointment of counsel and to correct the caption are DENIED and the appeal is DISMISSED because it lacks an arguable basis in fact or law.  *See Neitzke v. Williams*, 490 U.S. 319, 325 (1989); 28 U.S.C. § 1915(e).

FOR THE COURT:
Roseann B. MacKechnie, Clerk

By: *Lucille Carr*

A TRUE COPY
Thomas W. Asreen, Acting Clerk

by *Crossman*
DEPUTY CLERK

**ISSUED AS MANDATE:** MAY 1 8 2007